# Financial Disclosure Report
# For Calander Year 2016

*Report Required by the Ethics in government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Orginizaiton | 3. Date of Report |
|---|---|---|
| Barry, Maryanne T. | US Court of Appeals 3rd Curicut | 8/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination  Date <br> ☐ Initial  ☐ Annual  ☑ Final <br><br> 5b. ☐ Amended report | 1/1/2016 <br> to <br> 1/31/2017 |

**7. Chambers or Office Address**

USPO & Courthouse Bldg
Newark, NJ 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. (Reporting indivudual only; see pp. 9-13 of filing instructions.)
☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Family Trust #1 |
| 2. | Co-Trustee | Family Trust #2 |
| 3. | Co-Trustee | Family Trust #3 |
| 4. | Co-Trustee | Family Trust #6 |
| 5. | Co-Trustee | Family Trust #7 |
| 6. | Trustee | Family Trust #31 |
| 7. | Trustee | Family Trust #32 |
| 8. | Trustee | Family Trust #34 |
| 9. | Trustee | Family Trust #35 |
| 10. | Co-Trustee | Family Trust #37 |
| 11. | Co-Trustee | Family Trust #38 |
| 12. | Co-Trustee | Family Trust #39 |

# Financial Disclosure Report

Page 2

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## II. Agreements. *(Reporting indivudual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements)*

|  | Date | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barry, Maryanne T.** | 8/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting indivudual only; see pp. 17-24 of filing instructions.)*

**A. Filer's Non-Investment Income**

☑ NONE *(No reportable non-investment income.)*

| Date | SOURCE AND TYPE | INCOME<br>(yours, not spouces) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**B. Spouse's Non-Investment Income -** *If you were married during any portion of the reporting year, complete this section.*
(Dollar amount not required except for honoraria.)

☑ NONE *(No reportable non-intestment income.)*

| Date | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## IV. Reimbursements -- *transportation, lodging, food, entertainment.*                    EXEMPT
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.,*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# Financial Disclosure Report

Page 4

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp 28-31 of filing instructions.)*   EXEMPT

☑ NONE *(No reportable gifts)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those to spouse and dependent children; see pp 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1 RENTAL PROPERTY #2 BROOKLYN, NY | F | Rent | J | U | | | | | |
| 2 RENTAL PROPERTY #22 BROOKLYN, NY | F | Rent | J | U | | | | | |
| 3 RENTAL PROPERTY #11 BROOKLYN, NY | A | Rent | L | U | | | | | |
| 4 RENTAL PROPERTY #10 BROOKLYN, NY | A | Rent | J | U | | | | | |
| 5 RENTAL PROPERTY #14 NORFOLK, VA | E | Rent | M | U | | | | | |
| 6 RENTAL PROPERTY #15 NORFOLK, VA | F | Rent | O | U | | | | | |
| 7 RENTAL PROPERTY #24 BROOKLYN, NY | F | Rent | J | U | | | | | |
| 8 ▊▊▊ MANAGEMENT INC. | D | Int./Div. | M | U | | | | | |
| 9 AMERICAN FUNDS IRA - LIST OF ASSETS | | | | | | | | | |
| 10 - EUROPACIFIC GROWTH | B | Int./Div. | L | T | | | | | |
| 11 - THE GROWTH FUND OF AMERICA | D | Int./Div. | M | T | | | | | |
| 12 - CAPITAL INCOME BUILDER | C | Int./Div. | L | T | | | | | |
| 13 CASH JP MORGAN CHASE | D | Interest | O | T | | | | | |
| 14 Family Trust #1 - List of assets: | | | | | | | | | |
| 15 - CAPITAL GROUP CORE BOND FUND | D | Int./Div. | N | T | Sold(part) | 1/28/2016 | J | | |
| 16 | | | | | Sold(part) | 4/19/2016 | J | | |
| 17 | | | | | Sold(part) | 4/28/2016 | J | | |
| 18 | | | | | Sold(part) | 7/28/2016 | J | | |
| 19 | | | | | Sold(part) | 10/27/2016 | J | | |
| 20 | | | | | Sold(part) | 12/30/2016 | J | | |
| 21 | | | | | Sold(part) | 1/26/2017 | J | | |
| 22 - SSGA US Gov Money Market Fund (Y) | A | Interest | | | | | | | |
| 23 - State Street Institutional US Government (X) Money Market Fund ADM | A | Interest | J | T | | | | | |
| 24 Family Trust #2 - List of assets: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**VII. INVESTMENTS and TRUSTS** – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 25  - CAPITAL GROUP CORE BOND FUND | D | Int./Div. | O | T | | | | | |
| 26 | | | | | Sold(part) | 1/28/2016 | J | | |
| 27 | | | | | Sold(part) | 4/19/2016 | J | | |
| 28 | | | | | Sold(part) | 4/28/2016 | J | | |
| 29 | | | | | Sold(part) | 7/28/2016 | J | | |
| 30 | | | | | Sold(part) | 10/27/2016 | J | | |
| 31 | | | | | Sold(part) | 12/30/2016 | J | | |
| 32 | | | | | Sold(part) | 1/26/2017 | J | | |
| 33  - SSGA US Gov Money Market Fund        (Y) | A | Interest | | | | | | | |
| 34  - State Street Institutional US Government        (X) Money Market Fund ADM | A | Interest | J | T | | | | | |
| 35  Family Trust #3 - List of assets: | | | | | | | | | |
| 36  - CASH JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 37  Family Trust #6 - List of Assets | | | | | | | | | |
| 38  - CAPITAL INCOME BUILDER CL F2 | F | Int./Div. | P1 | T | Sold(part) | 1/28/2016 | J | | |
| 39 | | | | | Sold(part) | 4/28/2016 | J | | |
| 40 | | | | | Sold(part) | 7/28/2016 | J | | |
| 41 | | | | | Sold(part) | 10/27/2016 | J | | |
| 42 | | | | | Sold(part) | 10/27/2016 | J | | |
| 43 | | | | | Sold(part) | 1/26/2017 | J | | |
| 44  - SSGA US Gov Money Market Fund        (Y) | | None | | | | | | | |
| 45  - State Street Institutional US Government        (X) Money Market Fund ADM | | None | J | T | | | | | |
| 46  Family Trust #7 - List of assets: | | | | | | | | | |
| 47  - CASH JP MORGAN CHASE | B | Interest | P1 | T | | | | | |
| 48  Family Trust #15 - List of assets: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 49   - AMG MANAGERS PICTET INTERNATIONAL FUND CLAS | A | Int./Div. | J | T | Buy | 1/17/2016 | J | | |
| 50   - AQR LONG-SHORT EQUITY | | None | J | T | Buy | 8/18/2016 | J | | |
| 51   - ARTISAN INTL VALUE FUND- INV | | None | K | T | | | | | |
| 52   - BLACKROCK HIGH YIELD PT-BLAC | A | Int./Div. | K | T | Buy | 2/29/2016 | J | | |
| 53 | | | | | Buy Additional | 4/1/2016 | J | | |
| 54   - BROWN ADV JAPAN ALPHA OPP | | None | | | Sold | 11/17/2016 | J | | |
| 55   - CASH - JPMORGAN TAX FREE INSTL      (Y) SWEEP FD | A | Int./Div. | | | | | | | |
| 56   - CHILTON STRATEGIC EUROPEAN EQUITIES FD | | None | J | T | Buy Additional | 12/23/2016 | J | | |
| 57   - DEUTSCHE XTRAC MSCI EAFE HEDGE FD | B | Int./Div. | | | Buy Additional | 2/8/2016 | J | | |
| 58 | | | | | Sold (Part) | 7/21/2016 | J | | |
| 59 | | | | | Sold (Part) | 9/16/2016 | J | | |
| 60 | | | | | Sold (Part) | 9/16/2016 | J | | |
| 61 | | | | | Sold (Part) | 9/16/2016 | J | | |
| 62 | | | | | Sold | 9/16/2016 | J | | |
| 63   - DODGE & COX INCOME FD | A | Int./Div. | J | T | Buy Additional | 11/22/2016 | K | | |
| 64 | | | | | Sold (Part) | 1/17/2017 | J | A | |
| 65   - DODGE & COX INT'L STOCK | A | Int./Div. | K | T | | | | | |
| 66   - DOUBLELINE FDS TR TTL RTN BD | | None | | | Sold | 10/26/2016 | K | | |
| 67   - EATON VANCE GLOBAL MACRO-I            (X) | | None | | | Sold | 12/23/2016 | J | | |
| 68   - EATON VANCE MUT FDS FLT RT            (Y) | | None | | | | | | | |
| 69   - EQUINOX FDS TR IPM SYSTMATC I | | None | J | T | Buy | 2/8/2016 | J | | |
| 70   - FMI LARGE CAP FUND | D | Int./Div. | K | T | Sold (Part) | 4/1/2016 | J | C | |
| 71   - GOLDMAN SACHS TR STRG INCM INST | | None | | | Buy Additional | 2/3/2016 | J | | |
| 72 | | | | | Sold | 12/23/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 73 - GOTHAM ABSOLUTE RETURN FUND | | None | | | Sold | 8/18/2016 | J | | |
| 74 - ISHARES INC MSCI JAPAN NEW | A | Int./Div. | J | T | Buy | 1/31/2016 | J | | |
| 75 | | | | | Buy Additional | 11/17/2016 | J | | |
| 76 | | | | | Buy Additional | 11/17/2016 | J | | |
| 77 | | | | | Buy Additional | 11/17/2016 | J | | |
| 78 - ISHARES MSCI EAFE INDEX FUND | B | Int./Div. | K | T | Buy Additional | 2/8/2016 | J | | |
| 79 | | | | | Buy Additional | 7/21/2016 | J | | |
| 80 | | | | | Buy Additional | 9/16/2016 | J | | |
| 81 | | | | | Buy Additional | 9/16/2016 | J | | |
| 82 | | | | | Buy Additional | 9/16/2016 | J | | |
| 83 | | | | | Buy Additional | 9/16/2016 | J | | |
| 84 | | | | | Buy Additional | 12/23/2016 | J | | |
| 85 - ISHARES RUSSELL MIDCAP INDEX FUND | A | Int./Div. | K | T | | | | | |
| 86 - JOHN HAN II-ABS RET CURR-I | | None | J | T | Buy | 12/23/2016 | J | | |
| 87 - JPM GLBL BD OPP FD | A | Int./Div. | | | Sold | 2/29/2016 | J | | |
| 88 - JPM GLBL RES ENH INDEX FD | B | Int./Div. | K | T | Sold (Part) | 4/1/2016 | J | | |
| 89 | | | | | Buy Additional | 12/23/2016 | J | | |
| 90 - JPM INTERM TAX FREE BD FD | A | Int./Div. | | | Buy | 2/8/2016 | J | | |
| 91 | | | | | Sold | 12/23/2016 | J | | |
| 92 - JPM MID CAP VALUE FD | A | Int./Div. | K | T | Sold (Part) | 2/8/2016 | J | B | |
| 93 - JPM SH INT MUNI BD FD | A | Int./Div. | K | T | Sold (Part) | 2/8/2016 | J | A | |
| 94 | | | | | Sold (Part) | 12/23/2016 | J | | |
| 95 | | | | | Sold (Part) | 1/31/2017 | J | | |
| 96 - JPMORGAN SMALL CAP CORE FUND | | None | | | Sold | 2/8/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 9

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 97 - JPM US LARGE CAP CORE PLUS FD | A | Int./Div. | K | T | | | | | |
| 98 - MFS EMERGING MKTS DEBT FD-I | A | Int./Div. | J | T | Buy | 7/14/2016 | J | | |
| 99 - NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | A | Int./Div. | K | T | | | | | |
| 100 - PIMCO UNCONSTRAINED BOND-INS | | None | J | T | Buy | 12/23/2016 | J | | |
| 101 - PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD | A | Int./Div. | K | T | | | | | |
| 102 - PRUDENTIAL TOTAL RETURN | | None | | | Sold | 11/22/2016 | K | | |
| 103 - SPDR S&P 500 ETF TRUST | A | Int./Div. | K | T | Buy Additional | 1/31/2016 | J | | |
| 104 | | | | | Buy Additional | 7/21/2016 | J | | |
| 105 | | | | | Buy Additional | 7/21/2016 | J | | |
| 106 | | | | | Buy Additional | 10/26/2016 | J | | |
| 107 - VANGUARD FTSE EUROPE ETF | A | Int./Div. | | | Sold (Part) | 7/13/2016 | J | | |
| 108 | | | | | Sold (Part) | 7/13/2016 | J | | |
| 109 | | | | | Sold (Part) | 7/13/2016 | J | | |
| 110 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 111 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 112 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 113 | | | | | Sold | 7/14/2016 | J | | |
| 114 - VANGUARD INTM TRM INV G-ADM | A | Int./Div. | J | T | Buy | 3/4/2016 | J | | |
| 115 | | | | | Sold (Part) | 12/27/2016 | J | | |
| 116 Family Trust #16 - List of assets: | | | | | | | | | |
| 117 - AMG MANAGERS PICTET INTERNATIONAL | A | Int./Div. | J | T | Buy | 1/17/2017 | J | | |
| 118 - AQR LONG-SHORT EQUITY | | None | J | T | Buy Additional | 8/18/2016 | J | | |
| 119 | | | | | Sold (Part) | 12/22/2016 | J | | |
| 120 - ARTISAN INTL VALUE FUND- INV | | None | J | T | Sold (Part) | 11/21/2016 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | |
|---|---|
| **Name of Person Reporting**<br>Barry, Maryanne T. | **Date of Report**<br>8/10/2017 |

**VII. INVESTMENTS and TRUSTS** – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 121 - BLACKROCK HIGH YIELD PT-BLAC | A | Int./Div. | K | T | Buy | 2/29/2016 | J | | |
| 122 | | | | | Buy Additional | 4/1/2016 | J | | |
| 123 - BROWN ADV JAPAN ALPHA OPP | A | Int./Div. | | | Sold | 11/17/2016 | J | | |
| 124 - CHILTON STRATEGIC EUROPEAN EQUITIES FD | | None | J | T | Buy | 12/23/2016 | J | | |
| 125 - DEUTSCHE XTRAC MSCI EAFE HEDGE FD | | None | | | Buy | 2/8/2016 | J | | |
| 126 | | | | | Sold (Part) | 7/21/2016 | J | | |
| 127 | | | | | Sold (Part) | 9/16/2016 | J | | |
| 128 | | | | | Sold (Part) | 9/16/2016 | J | | |
| 129 | | | | | Sold (Part) | 9/16/2016 | J | | |
| 130 | | | | | Sold | 9/16/2016 | J | | |
| 131 - DODGE & COX INCOME FD | A | Int./Div. | J | T | Buy | 11/22/2016 | J | | |
| 132 | | | | | Sold (Part) | 1/17/2017 | J | | |
| 133 - DODGE & COX INTL STOCK FUND | A | Int./Div. | J | T | Sold (Part) | 12/22/2016 | J | B | |
| 134 - DOUBLELINE FDS TR TTL RTN BD I | A | Int./Div. | | | Sold | 10/26/2016 | J | | |
| 135 - EATON VANCE MUT FDS- GLOBAL MACRO | | NONE | | | Sold | 12/23/2016 | J | | |
| 136 - EQUINOX FDS TR IPM SYSTMATC I | | NONE | J | T | Buy | 2/8/2016 | J | | |
| 137 | | | | | Sold (Part) | 12/28/2016 | J | | |
| 138 - FMI LARGE CAP FUND | A | Int./Div. | J | T | Sold (Part) | 4/1/2016 | J | | |
| 139 | | | | | Sold (Part) | 12/20/2016 | J | | |
| 140 - GOLDMAN SACHS TR STRG INCM INST | | NONE | | | Buy Additional | 2/3/2016 | J | | |
| 141 | | | | | Sold | 12/23/2016 | J | | |
| 142 - GOTHAM ABSOLUTE RETURN | | NONE | | | Sold | 8/18/2016 | J | | |
| 143 - ISHARES INC MSCI JAPAN NEW | A | Int./Div. | J | T | Buy | 11/17/2016 | J | | |
| 144 | | | | | Buy Additional | 11/17/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 145 | | | | | Buy Additional | 11/17/2016 | J | | |
| 146    - ISHARES MSCI EAFE INDEX FUND | B | Int./Div. | K | T | Buy Additional | 2/8/2016 | J | | |
| 147 | | | | | Buy Additional | 7/21/2016 | J | | |
| 148 | | | | | Buy Additional | 9/16/2016 | J | | |
| 149 | | | | | Buy Additional | 9/16/2016 | J | | |
| 150 | | | | | Buy Additional | 9/16/2016 | J | | |
| 151 | | | | | Buy Additional | 9/16/2016 | J | | |
| 152 | | | | | Buy Additional | 12/23/2016 | J | | |
| 153    - ISHARES RUSSELL MIDCAP INDEX FUND | A | Int./Div. | K | T | | | | | |
| 154    - JOHN HAN II-ABS RET CURR-I | | NONE | J | T | Buy | 12/23/2016 | J | | |
| 155    - JPM GLBL BD OPP FD | | NONE | | | Sold | 2/29/2016 | J | | |
| 156    - JPM GLBL RES ENH INDEX FD | B | Int./Div. | K | T | Sold (Part) | 4/1/2016 | J | | |
| 157 | | | | | Buy Additional | 12/23/2016 | J | | |
| 158    - JPM INTERM TAX FREE BD FD | | NONE | | | Buy | 2/8/2016 | J | | |
| 159 | | | | | Sold (Part) | 12/15/2016 | J | | |
| 160 | | | | | Sold | 12/23/2016 | J | | |
| 161    - JPM MID CAP VALUE FD | A | Int./Div. | K | T | Sold (Part) | 2/8/2016 | J | | |
| 162 | | | | | Sold (Part) | 12/15/2016 | J | | |
| 163    - JPM SH INT MUNI BD FD | A | Int./Div. | K | T | Sold (Part) | 2/8/2016 | J | | |
| 164 | | | | | Sold (Part) | 12/15/2016 | J | | |
| 165 | | | | | Sold (Part) | 12/23/2016 | J | | |
| 166 | | | | | Sold (Part) | 1/31/2017 | J | | |
| 167    - JPM SM CAP CORE FD | A | Int./Div. | | | Sold | 2/8/2016 | J | | |
| 168    - JPM US LARGE CAP CORE PLUS FD | A | Int./Div. | K | T | Sold (Part) | 12/15/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 169 - MFS EMERGING MKTS DEBT FD-I | A | Int./Div. | J | T | Buy | 7/14/2016 | J | | |
| 170 - NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | A | Int./Div. | K | T | Sold (Part) | 12/20/2016 | J | | |
| 171 - PIMCO UNCONSTRAINED BOND-INS | | None | J | T | Buy Additional | 12/23/2016 | J | | |
| 172 - PRIMECAP ODYSSEY FUNDS | A | Int./Div. | K | T | Sold (Part) | 12/20/2016 | J | | |
| 173 - PRUDENTIAL TOTAL RETURN BD-Z | | None | | | Sold | 11/22/2016 | J | | |
| 174 - SPDR S&P 500 ETF TRUST | A | Int./Div. | K | T | Buy Additional | 7/21/2016 | J | | |
| 175 | | | | | Buy Additional | 7/21/2016 | J | | |
| 176 | | | | | Buy Additional | 10/26/2016 | J | | |
| 177 - VANGUARD FTSE EUROPE ETF | | None | | | Sold (Part) | 7/13/2016 | J | | |
| 178 | | | | | Sold (Part) | 7/13/2016 | J | | |
| 179 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 180 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 181 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 182 | | | | | Sold | 7/14/2016 | J | | |
| 183 - VANGUARD INTM TRM INV G | A | Int./Div. | J | T | Buy | 3/4/2016 | J | | |
| 184 | | | | | Sold (Part) | 12/27/2016 | J | | |
| 185 Family Trust #17 - List of assets: | | | | | | | | | |
| 186 - AMG MANAGERS PICTET INTERNATIONAL FUND CLAS | A | Int./Div. | J | T | Buy | 1/17/2017 | J | | |
| 187 - AQR LONG-SHORT EQUITY | | None | K | T | Buy | 8/18/2016 | K | | |
| 188 - ARTISAN INTL VALUE FUND | | None | L | T | Buy Additional | 1/17/2017 | K | | |
| 189 | | | | | Sold (Part) | 11/21/2016 | J | | |
| 190 - BARC EAFE REN MAT 02/18/16 | | None | | | Sold | 2/18/2016 | K | | |
| 191 - BLACKROCK HIGH YIELD PT-BLAC | D | Int./Div. | L | T | Buy | 2/29/2016 | K | | |
| 192 | | | | | Buy Additional | 4/1/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 13

| | |
|---|---|
| **Name of Person Reporting**<br>Barry, Maryanne T. | **Date of Report**<br>8/10/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 193 - BROWN ADV JAPAN ALPHA OPP-IS | C | Int./Div. | | | Sold | 11/17/2016 | K | | |
| 194 - CASH - JPMORGAN TAX FREE INSTL     (Y)<br>SWEEP FD | | None | | | | | | | |
| 195 - CHILTON STRATEGIC EUROPEAN<br>EQUITIES FD | | None | K | T | Buy | 12/23/2016 | K | | |
| 196 - DEUTSCHE XTRAC MSCI EAFE HEDGE FD | B | Int./Div. | | | Sold (Part) | 9/16/2016 | J | | |
| 197 | | | | | Sold (Part) | 9/16/2016 | J | | |
| 198 | | | | | Sold (Part) | 9/16/2016 | K | | |
| 199 | | | | | Sold | 9/16/2016 | J | | |
| 200 - DODGE & COX INCOME FD | B | Int./Div. | K | T | Buy | 11/22/2016 | L | | |
| 201 - DODGE & COX INTERNATIONAL STOCK | B | Int./Div. | L | T | Buy Additional | 1/17/2017 | J | | |
| 202 - DOUBLELINE FDS TR TTL RTN | C | Int./Div. | | | Sold | 10/26/2016 | L | | |
| 203 - EATON VANCE MUT FDS- GLOBAL<br>MACRO | | None | | | Sold | 12/23/2016 | K | | |
| 204 - EQUINOX FDS TR IPM SYSTMATC I | | None | K | T | Buy | 2/8/2016 | K | | |
| 205 - FMI LARGE CAP FUND | A | Int./Div. | L | T | Sold (Part) | 4/1/2016 | L | E | |
| 206 - GOLDMAN SACHS STRAT INC-INST | | None | | | Buy Additional | 2/3/2016 | J | | |
| 207 | | | | | Sold | 12/23/2016 | K | | |
| 208 - GOTHAM ABSOLUTE RETURN FUND | | None | | | Sold | 8/18/2016 | K | | |
| 209 - GS NOTE OF NOTES EAFE BSKT 2/23/17 | | None | | | Buy | 1/29/2016 | K | | |
| 210 | | | | | Sold | 7/14/2016 | K | | |
| 211 - ISHARES INC MSCI JAPAN NEW | A | Int./Div. | K | T | Buy | 11/17/2016 | K | | |
| 212 | | | | | Buy Additional | 11/17/2016 | J | | |
| 213 | | | | | Buy Additional | 11/17/2016 | J | | |
| 214 | | | | | Buy Additional | 1/31/2017 | J | | |
| 215 - ISHARES MSCI EAFE INDEX FUND | D | Int./Div. | M | T | Buy Additional | 7/21/2016 | K | | |
| 216 | | | | | Buy Additional | 9/16/2016 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 217 | | | | | Buy Additional | 9/16/2016 | K | | |
| 218 | | | | | Buy Additional | 9/16/2016 | J | | |
| 219 | | | | | Buy Additional | 9/16/2016 | J | | |
| 220 | | | | | Buy Additional | 12/23/2016 | K | | |
| 221 - ISHARES RUSSELL MIDCAP INDEX FUND | B | Int./Div. | M | T | | | | | |
| 222 - JOHN HAN II-ABS RET CURR-I | | None | K | T | Buy | 12/23/2016 | K | | |
| 223 - JPM GLBL BD OPP FD | | None | | | Sold | 2/29/2016 | K | | |
| 224 - JPM GLBL RES ENH INDEX FD | D | Int./Div. | M | T | Sold (Part) | 4/1/2016 | J | | |
| 225 | | | | | Buy Additional | 12/23/2016 | K | | |
| 226 - JPM INTERIM TAX FREE BD FD | B | Int./Div. | | | Buy | 2/8/2016 | L | | |
| 227 | | | | | Sold | 12/23/2016 | L | | |
| 228 - JPM MID CAP VALUE FD | A | Int./Div. | L | T | Sold (Part) | 2/8/2016 | K | D | |
| 229 - JPM SH INT MUNI BD FD - INSTL FUND | B | Int./Div. | L | T | Sold (Part) | 2/8/2016 | L | A | |
| 230 | | | | | Sold (Part) | 12/23/2016 | K | | |
| 231 | | | | | Sold (Part) | 1/31/2017 | K | | |
| 232 - JPMORGAN US LARGE CAP CORE | B | Int./Div. | M | T | | | | | |
| 233 - MFS EMERGING MKTS DEBT FD-I | B | Int./Div. | K | T | Buy | 7/14/2016 | K | | |
| 234 - NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | B | Int./Div. | M | T | | | | | |
| 235 - PIMCO UNCONSTRAINED BOND-INS | | None | K | T | Buy | 12/23/2016 | K | | |
| 236 - PRIMECAP ODYSSEY FUNDS | B | Int./Div. | M | T | | | | | |
| 237 - PRUDENTIAL TOTAL RETURN BD | B | Int./Div. | | | Sold | 11/22/2016 | L | | |
| 238 - SPDR S&P 500 ETF TRUST | D | Int./Div. | N | T | Buy Additional | 7/21/2016 | J | | |
| 239 | | | | | Buy Additional | 7/21/2016 | K | | |
| 240 | | | | | Buy Additional | 10/26/2016 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 241 | | | | | Buy Additional | 1/31/2017 | K | | |
| 242 - VANGUARD FTSE EUROPE ETF | A | Int./Div. | | | Sold (Part) | 7/13/2016 | J | | |
| 243 | | | | | Sold (Part) | 7/13/2016 | J | | |
| 244 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 245 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 246 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 247 | | | | | Sold | 7/14/2016 | J | | |
| 248 - VANGUARD INTM TRM INV G-ADM | B | Int./Div. | L | T | Buy | 3/4/2016 | K | | |
| 249 Family Trust #31- List of Assets | | | | | | | | | |
| 250 - 3M COMPANY | A | Dividend | | | Sold (Part) | 01/25/2016 | J | B | |
| 251 | | | | | Sold | 01/29/2016 | J | B | |
| 252 - AA PLC (Y) | A | Dividend | | | | | | | |
| 253 - ABBVIE INC | A | Dividend | | | Sold | 01/13/2016 | J | B | |
| 254 - ABERDEEN ASSET MGMT PLC (Y) | A | Dividend | | | | | | | |
| 255 - ABN AMRO COUPON RIGHTS EXP (X) | A | Dividend | | | Sold | 6/6/2016 | J | A | |
| 256 - ACCENTURE PLC US$ (Y) | A | Dividend | | | | | | | |
| 257 - ACE LTD (Y) | A | Dividend | | | | | | | |
| 258 - ACTIVISION BLIZZARD INC (Y) | A | Dividend | | | Buy | 5/20/2016 | J | | |
| 259 | | | | | Buy additional | 5/23/2016 | J | | |
| 260 - AIA GROUP (Y) | A | Dividend | | | | | | | |
| 261 - AIRBUS GROUP SE (Y) | A | Dividend | | | | | | | |
| 262 - AJINOMOTO | A | Dividend | | | Sold (Part) | 01/06/2016 | K | D | |
| 263 | | | | | Sold | 01/07/2016 | J | B | |
| 264 - ALPHABET INC CL A (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 265 | - ALPHABET INC CL C | (Y) | A | Dividend | | | Sold(part) | 6/3/2016 | J | D | |
| 266 | - AMADEUS IT HOLDING SA A (BEARER) | (Y) | A | Dividend | | | Buy additional | 4/7/2016 | J | | |
| 267 | - AMAZON.COM INC | (Y) | A | Dividend | | | Buy | 6/3/2016 | J | | |
| 268 | - AMERICAN TOWER CORP | (Y) | A | Dividend | | | | | | | |
| 269 | - AMERISOURCEBERGEN CORP | (Y) | A | Dividend | | | | | | | |
| 270 | - ANALOG DEVICES INC | (Y) | A | Dividend | | | Buy | 4/8/2016 | J | | |
| 271 | - AON PLC | (Y) | A | Dividend | | | | | | | |
| 272 | - APPLE INC | (Y) | A | Dividend | | | | | | | |
| 273 | - ASAHI KASEI CORP | (Y) | A | Dividend | | | Buy | 6/20/2016 | J | | |
| 274 | - ASML HOLDING NV | (Y) | A | Dividend | | | | | | | |
| 275 | - ASSA ABLOY | (Y) | A | Dividend | | | | | | | |
| 276 | - ASTRAZENECA PLC (GBP) | (Y) | B | Dividend | | | | | | | |
| 277 | - AUTOMATIC DATA PROCESSING INC | (Y) | A | Dividend | | | | | | | |
| 278 | - AVAGO TECHNOLOGIES LTD | (Y) | A | Dividend | | | | | | | |
| 279 | - BAE SYSTEMS PLC | (Y) | A | Dividend | | | | | | | |
| 280 | - BAYER AG | | A | Dividend | | | Sold (Part) | 01/06/2016 | J | B | |
| 281 | | | | | | | Sold | 02/01/2016 | J | C | |
| 282 | - BCA MARKETPLACE PLC | (Y) | A | Dividend | | | Buy | 5/10/2016 | J | | |
| 283 | - BMW AG | (Y) | A | Dividend | | | | | | | |
| 284 | - BNP PARIBAS | | A | Dividend | | | Buy additional | 4/5/2016 | J | | |
| 285 | | | | | | | Buy additional | 4/6/2016 | J | | |
| 286 | | | | | | | Buy additional | 4/7/2016 | J | | |
| 287 | | | | | | | Buy additional | 4/8/2016 | J | | |
| 288 | | | | | | | Sold (Part) | 02/03/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 289 | | | | | Sold | 2/3/2016 | J | | |
| 290 - BOEING CO (Y) | A | Dividend | | | Sold(part) | 03/10/2016 | J | B | |
| 291 - BRISTOL-MYERS SQUIBB CO | A | Dividend | | | Sold | 03/02/2016 | J | B | |
| 292 - BRITISH AMERICAN TOBACCO PLC (Y) | A | Dividend | | | | | | | |
| 293 - BROADCOM CORP | A | Dividend | | | Sold (Part) | 01/12/2016 | J | C | |
| 294 | | | | | Sold (Part) | 01/12/2016 | J | D | |
| 295 | | | | | Sold | 02/02/2016 | J | A | |
| 296 - BROADCOM LTD (X) (Y) | A | Dividend | | | Sold(part) | 02/02/2016 | J | A | |
| 297 - CAIXABANK SA | A | Dividend | | | Sold (Part) | 02/04/2016 | J | | |
| 298 | | | | | Sold (Part) | 02/05/2016 | J | | |
| 299 | | | | | Sold (Part) | 02/05/2016 | J | | |
| 300 | | | | | Sold (Part) | 03/10/2016 | J | | |
| 301 | | | | | Sold (Part) | 4/7/2016 | J | | |
| 302 | | | | | Sold | 4/8/2016 | J | A | |
| 303 - CALIFORNIA RESOURCES CORPORATION (X) | A | Dividend | | | Sold (Part) | 3/24/2016 | J | A | |
| 304 | | | | | Sold | 03/29/2016 | J | A | |
| 305 - CARLSBERG A/S B (Y) | A | Dividend | | | Buy | 3/31/2016 | J | | |
| 306 | | | | | Buy additional | 4/1/2016 | J | | |
| 307 - CATERPILLAR INC | A | Dividend | | | Sold | 03/17/2016 | J | | |
| 308 - CERNER CORP (Y) | A | Dividend | | | | | | | |
| 309 - CHARTER COMMUNICATIONS INC CL A | A | Dividend | | | Sold | 5/18/2016 | J | A | |
| 310 - CHEVRON CORP (Y) | B | Dividend | | | Buy additional | 6/15/2016 | J | | |
| 311 - CHINA EVERBRIGHT INTERNATIONAL LIMITED (Y) | A | Dividend | | | Sold (Part) | 02/05/2016 | J | | |
| 312 | | | | | Sold (Part) | 02/16/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 313 | | | | | | Buy additional | 4/5/2016 | J | | |
| 314 | - CIE FINANCIERE RICHEMON REG (X) | A | Dividend | | | Sold (Part) | 5/10/2016 | J | | |
| 315 | | | | | | Sold (Part) | 5/11/2016 | J | | |
| 316 | | | | | | Sold | 5/11/2016 | J | B | |
| 317 | - CME GROUP INC (Y) | B | Dividend | | | | | | | |
| 318 | - COCA-COLA CO (Y) | A | Dividend | | | Buy additional | 6/13/2016 | J | | |
| 319 | - COMCAST CORP (Y) | A | Dividend | | | | | | | |
| 320 | - COMPAGNIE FINANCIERE RICHMONT (Y) | A | Dividend | | | | | | | |
| 321 | - CONOCOPHILLIPS (Y) | A | Dividend | | | Sold (Part) | 01/22/2016 | J | | |
| 322 | | | | | | Buy additional | 6/15/2016 | J | | |
| 323 | - CREDIT SUISSE COUPON RIGHTS | A | Dividend | | | Sold(part) | 03/30/2016 | J | | |
| 324 | | | | | | Sold(part) | 6/16/2016 | J | | |
| 325 | | | | | | Sold | 6/1/2016 | J | A | |
| 326 | - CROWN CASTLE INTERNATIONAL CORP (Y) | A | Dividend | | | Buy additional | 6/3/2016 | J | | |
| 327 | - CVS HEALTH CORPORATION (Y) | A | Dividend | | | | | | | |
| 328 | - DANAHER CORP (Y) | A | Dividend | | | | | | | |
| 329 | - DANONE (Y) | A | Dividend | | | | | | | |
| 330 | - DAVITA (Y) | A | Dividend | | | | | | | |
| 331 | - DBS GROUP HOLDINGS LTD | A | Dividend | | | Sold | 6/16/2016 | J | D | |
| 332 | - DELPHI AUTOMOTIVE PLC | A | Dividend | | | Sold | 01/22/2016 | J | A | |
| 333 | - DENSO CORP (Y) | A | Dividend | | | Sold(part) | 03/11/2016 | J | | |
| 334 | - DEUTSCHE WOHNEN AG (BEARER) (Y) | A | Dividend | | | | | | | |
| 335 | - DIAGEO PLC (Y) | A | Dividend | | | | | | | |
| 336 | - DKSH HOLDING LTD (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 337 | - DNB ASA (Y) | A | Dividend | | | | | | | |
| 338 | - DOW CHEMICAL CO (Y) | A | Dividend | | | | | | | |
| 339 | - EATON CORP PLC (Y) | B | Dividend | | | | | | | |
| 340 | - ELECTROLUX AB SER B | A | Dividend | | | Sold (Part) | 4/22/2016 | J | | |
| 341 | | | | | | Sold (Part) | 4/25/2016 | J | | |
| 342 | | | | | | Sold | 4/27/2016 | J | | |
| 343 | - ELRINGKLINGER AG (Y) | A | Dividend | | | | | | | |
| 344 | - ENBRIDGE INC C$ (Y) | B | Dividend | | | Buy additional | 4/11/2016 | J | | |
| 345 | | | | | | Buy additional | 4/18/2016 | J | | |
| 346 | - EOG RESOURCES INC (Y) | A | Dividend | | | | | | | |
| 347 | - ESSILOR COUPON RIGHTS EXP | A | Dividend | | | Sold | 5/30/2016 | J | A | |
| 348 | - EXPRESS SCRIPTS HOLDING CO (Y) | A | Dividend | | | | | | | |
| 349 | - EXXON MOBIL CORP (Y) | B | Dividend | | | | | | | |
| 350 | - FANUC CO (Y) | B | Dividend | | | | | | | |
| 351 | - FEDEX CORP | | None | | | Sold (Part) | 01/29/2016 | J | | |
| 352 | | | | | | Sold | 01/29/2016 | J | B | |
| 353 | - GEMALTO NV (Y) | A | Dividend | | | Sold(part) | 03/15/2016 | J | | |
| 354 | | | | | | Sold(part) | 03/21/2016 | J | A | |
| 355 | | | | | | Sold(part) | 03/30/2016 | J | A | |
| 356 | - GILEAD SCIENCES INC (Y) | A | Dividend | | | | | | | |
| 357 | - GIVAUDAN (Y) | A | Dividend | | | | | | | |
| 358 | - GOLDMAN SACHS GROUP INC (Y) | A | Dividend | | | Sold(part) | 6/13/2016 | J | A | |
| 359 | - GOOGLE INC CL (Y) | A | Dividend | | | | | | | |
| 360 | - GOOGLE INC CL A (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 361 - GOOGLE INC CL C (Y) | A | Dividend | | | | | | | |
| 362 - GREENE KING PLC (Y) | A | Dividend | | | | | | | |
| 363 - HAMAMATSU PHOTONIC KK (Y) | A | Dividend | | | | | | | |
| 364 - HDFC BANK LTD (Y) | A | Dividend | | | | | | | |
| 365 - HELMERICH & PAYNE (Y) | A | Dividend | | | Buy | 5/31/2016 | J | | |
| 366 | | | | | Buy additional | 6/1/2016 | J | | |
| 367 - HEXCEL CORP (Y) | A | Dividend | | | | | | | |
| 368 - HOME DEPOT INC (Y) | A | Dividend | | | | | | | |
| 369 - IDEX CORP (Y) | A | Dividend | | | | | | | |
| 370 - ILLUMINA INC (Y) | A | Dividend | | | | | | | |
| 371 - IMPERIAL TOBACCO (Y) | B | Dividend | | | Sold(part) | 02/11/2016 | J | A | |
| 372 | | | | | Sold(part) | 02/15/2016 | J | A | |
| 373 - INCYTE CORP (Y) | A | Dividend | | | | | | | |
| 374 - INDITEX (Y) | A | Dividend | | | | | | | |
| 375 - INTERNATIONAL BUSINESS MACHINES CORP (Y) | A | Dividend | | | | | | | |
| 376 - IRON MOUNTAIN INCORPORATED (Y) | B | Dividend | | | | | | | |
| 377 - JABIL CIRCUIT INC (Y) | A | Dividend | | | | | | | |
| 378 - JACK HENRY & ASSOC INC (Y) | A | Dividend | | | Sold(part) | 02/18/2016 | J | D | |
| 379 - JARDINE MATHESON HLD (SINGAPORE) (Y) | A | Dividend | | | | | | | |
| 380 - JPMORGAN CHASE & CO (Y) | A | Dividend | | | | | | | |
| 381 - KEYENCE CORP (Y) | A | Dividend | | | | | | | |
| 382 - L'AIR LIQUIDE (L) (Y) | A | Dividend | | | | | | | |
| 383 - LAS VEGAS SANDS CORP (Y) | B | Dividend | | | Buy additional | 5/6/2016 | J | | |
| 384 - LIBERTY GLOBAL PLC CL A (Y) | A | Dividend | | | Sold(part) | 01/21/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 385 | - LIBERTY GLOBAL PLC CL C (Y) | A | Dividend | | | | | | | |
| 386 | - LIBERTY LILAC GROUP CL A (Y) | A | Dividend | | | | | | | |
| 387 | - LIBERTY LILAC GROUP CL C (Y) | A | Dividend | | | | | | | |
| 388 | - LILLY ELI & CO (Y) | A | Dividend | | | | | | | |
| 389 | - LLOYDS TSB GROUP PLC (Y) | A | Dividend | | | Sold(part) | 03/31/2016 | J | | |
| 390 | | | | | | Sold(part) | 03/29/2016 | J | | |
| 391 | - L'OREAL (Y) | A | Dividend | | | | | | | |
| 392 | - LVMH MOET HENNESSY VUITTON SE (Y) | A | Dividend | | | Buy | 5/11/2016 | J | | |
| 393 | | | | | | Buy additional | 5/12/2016 | J | | |
| 394 | | | | | | Buy additional | 5/17/2016 | J | | |
| 395 | | | | | | Buy additional | 5/19/2016 | J | | |
| 396 | - LYONDELLBASELL INDUSTRIES NV (Y) | A | Dividend | | | | | | | |
| 397 | - MARKS & SPENCER GROUP PLC (Y) | A | Dividend | | | | | | | |
| 398 | - MARSH & MCLENNAN COS INC (Y) | A | Dividend | | | | | | | |
| 399 | - MEDTRONIC PLC (Y) | A | Dividend | | | | | | | |
| 400 | - MEGGITT PLC (Y) | A | Dividend | | | | | | | |
| 401 | - MERCURY GENERAL CORP (Y) | A | Dividend | | | | | | | |
| 402 | - MICROSOFT CORP (Y) | A | Dividend | | | Sold(part) | 5/31/2016 | J | | |
| 403 | | | | | | Sold(part) | 5/31/2016 | J | C | |
| 404 | - MONSANTO CO NEW COM (Y) | A | Dividend | | | | | | | |
| 405 | - MOODYS CORP (Y) | A | Dividend | | | | | | | |
| 406 | - MURATA MANUFACTURING CO LTD (Y) | A | Dividend | | | | | | | |
| 407 | - NASPERS LIMITED CL N SHS SPON ADR (Y) | A | Dividend | | | Buy | 5/11/2016 | J | | |
| 408 | - NATIONAL GRID PLC (Y) | B | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 409  - NESTLE SA REG                          (Y) | B | Dividend | | | | | | | |
| 410  - NEW YORK COMMUNITY BANCORP              (Y) | A | Dividend | | | Buy | 5/17/2016 | J | | |
| 411 | | | | | Buy additional | 5/19/2016 | J | | |
| 412 | | | | | Buy additional | 5/23/2016 | J | | |
| 413 | | | | | Buy additional | 5/26/2016 | J | | |
| 414 | | | | | Buy additional | 6/2/2016 | J | | |
| 415 | | | | | Buy additional | 6/3/2016 | J | | |
| 416  - NEWELL RUBBERMAID INC                   (Y) | A | Dividend | | | | | | | |
| 417  - NIELSEN HOLDINGS (FORMERLY NIELSEN NV US$) (Y) | A | Dividend | | | | | | | |
| 418  - NIELSEN HOLDINGS PLC                     (Y) | A | Dividend | | | Sold(part) | 01/07/2016 | J | D | |
| 419 | | | | | Sold(part) | 01/07/2016 | J | B | |
| 420 | | | | | Sold(part) | 01/08/2016 | J | B | |
| 421  - NORFOLK SOUTHERN CORP                    (Y) | A | Dividend | | | | | | | |
| 422  - NOVARTIS AG                              (Y) | A | Dividend | | | | | | | |
| 423  - NOVARTIS AG NAMEN                        (Y) | A | Dividend | | | Sold(part) | 6/20/2016 | K | | |
| 424  - NOVO NORDISK A/S CL B                    (Y) | A | Dividend | | | Buy additional | 6/20/2016 | J | | |
| 425  - NTT DOCOMO                               (Y) | A | Dividend | | | | | | | |
| 426  - NUCOR CORP                               (Y) | A | Dividend | | | | | | | |
| 427  - OCCIDENTAL PETROLEUM CORP                (Y) | B | Dividend | | | Buy additional | 6/15/2016 | J | | |
| 428 | | | | | Buy additional | 6/24/2016 | J | | |
| 429  - ORACLE CORP | A | Dividend | | | Sold | 01/05/2016 | J | B | |
| 430  - ORACLE CORP JAPAN                        (Y) | A | Dividend | | | | | | | |
| 431  - PACWEST BANCORP                          (Y) | A | Dividend | | | | | | | |
| 432  - PANERA BREAD CO CL A                     (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 433 | - PAYCHEX INC (Y) | A | Dividend | | | | | | | |
| 434 | - PAYCHEXINC (Y) | A | Dividend | | | | | | | |
| 435 | - PERNOD RICARD SA (Y) | A | Dividend | | | | | | | |
| 436 | - PFIZER INC (Y) | A | Dividend | | | | | | | |
| 437 | - PHILIP MORRIS INTERNATIONAL INC (Y) | B | Dividend | | | | | | | |
| 438 | - PNC FINANCIAL SERVICES GROUP INC (Y) | A | Dividend | | | | | | | |
| 439 | - PRAXAIR INC (Y) | A | Dividend | | | | | | | |
| 440 | - PROCTER & GAMBLE CO (Y) | B | Dividend | | | | | | | |
| 441 | - PRUDENTIAL PLC | | None | | | Sold | 6/16/2016 | J | | |
| 442 | - RIO TINTO (Y) | A | Dividend | | | | | | | |
| 443 | - ROCHE HOLDING (Y) | B | Dividend | | | | | | | |
| 444 | - ROCHE HOLDING AG GENUSSCHEIN (Y) | A | Dividend | | | Buy | 6/14/2016 | J | | |
| 445 | | | | | | Buy additional | 6/21/2016 | J | | |
| 446 | - ROYAL CARIBBEAN CRUISES (Y) | A | Dividend | | | | | | | |
| 447 | - ROYAL DUTCH SHELL CL B ADR (Y) | B | Dividend | | | Buy | 6/13/2016 | J | | |
| 448 | - SAFRAN SA (Y) | A | Dividend | | | | | | | |
| 449 | - SAMPO OYJ A SHS (Y) | B | Dividend | | | | | | | |
| 450 | - SAMSONITE INTERNATIONAL SA (Y) | A | Dividend | | | | | | | |
| 451 | - SCHLUMBERGER LTD (Y) | A | Dividend | | | | | | | |
| 452 | - SCOTTISH & SOUTHERN ENERGY (Y) | A | Dividend | | | | | | | |
| 453 | - SCRIPPS NETWORKS INTERACTIVE CL A (Y) | A | Dividend | | | Sold(part) | 01/08/2016 | J | B | |
| 454 | - SEMPRA ENERGY (Y) | A | Dividend | | | | | | | |
| 455 | - SES FDR CL A (PARIS) (Y) | A | Dividend | | | | | | | |
| 456 | - SIEMENS AG NAMEN (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 457 | - SINGAPORE TELECOMM (Y) | B | Dividend | | | Buy additional | 5/9/2016 | J | | |
| 458 | - SIRIUS XM HOLDINGS INC (Y) | A | Dividend | | | Sold(part) | 6/15/2016 | J | A | |
| 459 | - SMC CORP (Y) | A | Dividend | | | | | | | |
| 460 | - SOFTBANK CORP (Y) | A | Dividend | | | | | | | |
| 461 | - SOFTBANK GROUP CORP (Y) | A | Dividend | | | Sold(part) | 6/3/2016 | J | | |
| 462 | | | | | | Sold(part) | 6/20/2016 | J | | |
| 463 | - SSGA US GOV MONEY MARKET FUND (Y) | A | Dividend | | | | | | | |
| 464 | - ST JUDE MEDICAL | | None | | | Sold (Part) | 03/16/2016 | J | | |
| 465 | | | | | | Sold | 03/17/2016 | J | | |
| 466 | - STARBUCKS CORP (Y) | A | Dividend | | | | | | | |
| 467 | - SVENSKA HANDELSBKEN A (Y) | A | Dividend | | | | | | | |
| 468 | - SYDNEY AIRPORT STAPLED SECURITY (Y) | A | Dividend | | | | | | | |
| 469 | - SYSMEX (Y) | A | Dividend | | | | | | | |
| 470 | - TAIWAN SEMICONDUCTOR SPONS ADR (Y) | A | Dividend | | | | | | | |
| 471 | - TATE & LYLE PLC (Y) | A | Dividend | | | | | | | |
| 472 | - TEMPUR SEALY INTERNATIONAL INC (Y) | A | Dividend | | | Buy | 6/3/2016 | J | | |
| 473 | - TEXAS INSTRUMENTS INC (Y) | A | Dividend | | | | | | | |
| 474 | - TOTAL SA (FR) (Y) | A | Dividend | | | Sold(part) | 4/21/2016 | J | | |
| 475 | | | | | | Sold(part) | 6/15/2016 | J | | |
| 476 | | | | | | Sold(part) | 6/15/2016 | J | | |
| 477 | | | | | | Sold(part) | 01/22/2016 | J | | |
| 478 | - TOTAL SA COUPON RIGHTS EXP (X) | A | Dividend | | | Sold (Part) | 4/1/2016 | J | A | |
| 479 | | | | | | Sold (Part) | 4/1/2016 | J | A | |
| 480 | | | | | | Sold (Part) | 6/15/2016 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 481 | | | | | Sold (Part) | 6/15/2016 | J | A | |
| 482 | | | | | Sold (Part) | 01/06/2016 | J | A | |
| 483 | | | | | Sold | 01/06/2016 | J | A | |
| 484   - TOWERS WATSON & COMPANY CL | A | Dividend | | | Sold | 01/05/2016 | J | B | |
| 485   - TREND MICRO (Y) | A | Dividend | | | Sold (Part) | 6/15/2016 | J | B | |
| 486 | | | | | Sold | 6/16/2016 | J | A | |
| 487   - UBS GROUP AG (Y) | A | Dividend | | | | | | | |
| 488   - UNILEVER PLC (Y) | B | Dividend | | | | | | | |
| 489   - UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold | 01/06/2016 | J | C | |
| 490   - VERISIGN INC (Y) | A | Dividend | | | Sold(part) | 6/2/2016 | J | B | |
| 491   - VERIZON COMMUNICATIONS (Y) | A | Dividend | | | | | | | |
| 492   - VIACOM INC CLASS B (Y) | A | Dividend | | | | | | | |
| 493   - VISA INC CL A (Y) | A | Dividend | | | | | | | |
| 494   - VODAFONE GROUP PLC (Y) | A | Dividend | | | | | | | |
| 495   - VTECH HOLDINGS LTD (Y) | A | Dividend | | | | | | | |
| 496   - WASTE MANAGEMENT INC (Y) | A | Dividend | | | | | | | |
| 497   - WELLS FARGO & CO (NEW) (Y) | A | Dividend | | | | | | | |
| 498   - WILLIS TOWERS WATSON PLC | A | Dividend | | | Sold (Part) | 01/20/2016 | J | | |
| 499 | | | | | Sold | 03/29/2016 | J | | |
| 500   - WYNN MACAU LTD (Y) | A | Dividend | | | | | | | |
| 501   - XILINX INC (Y) | A | Dividend | | | | | | | |
| 502   - YUM BRANDS INC (Y) | A | Dividend | | | | | | | |
| 503   - ZODIAC AEROSPACE (Y) | A | Dividend | | | Sold(part) | 01/25/2016 | J | | |
| 504   Family Trust #32- List of Assets | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 505 | - 3M COMPANY | A | Dividend | | | Sold (Part) | 01/25/2016 | J | B | |
| 506 | | | | | | Sold | 1/29/2016 | J | B | |
| 507 | - AA PLC (Y) | A | Dividend | | | | | | | |
| 508 | - ABBVIE INC | A | Dividend | | | Sold | 01/13/2016 | J | A | |
| 509 | - ABERDEEN ASSET MGMT PLC (Y) | B | Dividend | | | | | | | |
| 510 | - ABN AMRO COUPON RIGHTS EXP | A | Dividend | | | Sold | 6/6/2016 | J | A | |
| 511 | - ABN AMRO GROUP COUPON (X) | A | Dividend | | | Sold | 9/6/2016 | J | A | |
| 512 | - ABN AMRO GROUP NV CVA GDR (Y) | A | Dividend | | | Buy | 3/15/2016 | J | | |
| 513 | | | | | | Buy additional | 3/16/2016 | J | | |
| 514 | | | | | | Buy additional | 3/23/2016 | J | | |
| 515 | - ACCENTURE PLC US$ (Y) | A | Dividend | | | | | | | |
| 516 | - ACE LTD (Y) | A | Dividend | | | | | | | |
| 517 | - ACTIVISION BLIZZARD INC (Y) | A | Dividend | | | Buy | 5/20/2016 | J | | |
| 518 | | | | | | Buy additional | 5/23/2016 | J | | |
| 519 | - ADVANCED AUTO PARTS INC (Y) | A | Dividend | | | Buy | 7/27/2016 | J | | |
| 520 | - AETNA INC (Y) | A | Dividend | | | Buy | 2/1/2016 | J | | |
| 521 | - AIA GROUP LTD (Y) | A | Dividend | | | | | | | |
| 522 | - AIR LIQUIDE SA RTS EXP 09/28/2016 | A | Dividend | | | Sold | 9/19/2016 | J | A | |
| 523 | - AIRBUS GROUP SE (Y) | A | Dividend | | | | | | | |
| 524 | - AJINOMOTO CO INC | A | Dividend | | | Sold | 01/07/2016 | J | C | |
| 525 | - ALPHABET INC CL A (Y) | A | Dividend | | | | | | | |
| 526 | - ALPHABET INC CL C (Y) | A | Dividend | | | Sold(part) | 6/3/2016 | J | D | |
| 527 | - AMADEUS IT HOLDING SA A (BEARER) (Y) | A | Dividend | | | Buy additional | 2/1/2016 | J | | |
| 528 | | | | | | Buy additional | 2/2/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 529 | | | | | Buy additional | 4/7/2016 | J | | |
| 530   - AMAZON.COM INC   (Y) | A | Dividend | | | Buy | 6/3/2016 | J | | |
| 531 | | | | | Buy additional | 8/12/2016 | J | | |
| 532 | | | | | Buy additional | 8/25/2016 | J | | |
| 533 | | | | | Buy additional | 9/26/2016 | J | | |
| 534   - AMERICAN TOWER CORP   (Y) | A | Dividend | | | | | | | |
| 535   - AMERISOURCEBERGEN CORP   (Y) | A | Dividend | | | | | | | |
| 536   - ANALOG DEVICES INC   (Y) | A | Dividend | | | Buy | 4/8/2016 | J | | |
| 537   - AON PLC   (Y) | A | Dividend | | | | | | | |
| 538   - APPLE INC   (Y) | A | Dividend | | | Buy additional | 9/13/2016 | K | | |
| 539   - ASAHI KASEI CORP   (Y) | A | Dividend | | | Buy | 6/20/2016 | J | | |
| 540   - ASML HOLDING NV   (Y) | A | Dividend | | | | | | | |
| 541   - ASSA ABLOY AB   (Y) | A | Dividend | | | | | | | |
| 542   - ASTRAZENECA PLC (GBP)   (Y) | B | Dividend | | | | | | | |
| 543   - AUTOMATIC DATA PROCESSING   (Y) | A | Dividend | | | Sold (part) | 9/30/2016 | J | C | |
| 544   - AVAGO TECHNOLOGIES LTD   (Y) | A | Dividend | | | | | | | |
| 545   - BAE SYSTEMS PLC   (Y) | A | Dividend | | | | | | | |
| 546   - BANK OF NEW YORK MELLON CORP   (Y) | A | Dividend | | | Buy | 7/28/2016 | J | | |
| 547 | | | | | Buy additional | 7/29/2016 | J | | |
| 548   - BAYER AG | A | Dividend | | | Sold | 02/01/2016 | J | C | |
| 549   - BCA MARKETPLACE PLC   (Y) | A | Dividend | | | | | | | |
| 550   - BMW AG | A | Dividend | | | Sold | 9/14/2016 | J | A | |
| 551   - BNP PARIBAS   (Y) | B | Dividend | | | Sold(part) | 02/03/2016 | J | | |
| 552 | | | | | Sold(part) | 02/03/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 553 | | | | | Buy additional | 3/24/2016 | J | | |
| 554 | | | | | Buy additional | 4/5/2016 | J | | |
| 555 | | | | | Buy additional | 4/6/2016 | J | | |
| 556 | | | | | Buy additional | 4/7/2016 | J | | |
| 557 | | | | | Buy additional | 4/8/2016 | J | | |
| 558 | | | | | Buy additional | 9/14/2016 | J | | |
| 559 - BOEING CO | A | Dividend | | | Sold | 3/10/2016 | J | B | |
| 560 - BRENNTAG AG (Y) | A | Dividend | | | Buy | 8/17/2016 | J | | |
| 561 - BRISTOL-MYERS SQUIBB CO | A | Dividend | | | Sold | 03/02/2016 | J | C | |
| 562 - BRITISH AMERICAN TOBACCO PLC (Y) | A | Dividend | | | Buy additional | 2/3/2016 | J | | |
| 563 - BROADCOM CORP | A | Dividend | | | Sold (Part) | 01/12/2016 | J | B | |
| 564 | | | | | Sold (Part) | 01/12/2016 | J | C | |
| 565 | | | | | Sold | 02/02/2016 | J | A | |
| 566 - BROADCOM LTD (X) (Y) | A | Dividend | | | Sold(part) | 02/02/2016 | J | A | |
| 567 - BURBERRY GROUP PLC | A | Dividend | | | Buy | 1/11/2016 | J | | |
| 568 | | | | | Sold(part) | 6/29/2016 | J | | |
| 569 | | | | | Sold (Part) | 7/13/2016 | J | A | |
| 570 | | | | | Sold | 7/14/2016 | J | A | |
| 571 - CAIXABANK SA | A | Dividend | | | Sold (Part) | 02/04/2016 | J | | |
| 572 | | | | | Sold (Part) | 02/04/2016 | J | | |
| 573 | | | | | Sold (Part) | 02/05/2016 | J | | |
| 574 | | | | | Sold (Part) | 03/10/2016 | J | | |
| 575 | | | | | Sold (Part) | 4/7/2016 | J | | |
| 576 | | | | | Sold | 4/8/2016 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 577    - CALIFORNIA RESOURCES | A | Dividend | | | Sold (Part) | 3/24/2016 | J | A | |
| 578 | | | | | Sold | 3/29/2016 | J | A | |
| 579    - CANADIAN NATIONAL RAILWAY CO US$    (Y) | A | Dividend | | | Buy | 1/8/2016 | J | | |
| 580 | | | | | Buy additional | 1/11/2016 | J | | |
| 581    - CARLSBERG A/S B    (Y) | A | Dividend | | | Buy | 1/6/2016 | J | | |
| 582 | | | | | Buy additional | 1/7/2016 | J | | |
| 583 | | | | | Buy additional | 1/8/2016 | J | | |
| 584 | | | | | Buy additional | 2/1/2016 | J | | |
| 585 | | | | | Buy additional | 2/1/2016 | J | | |
| 586 | | | | | Buy additional | 2/1/2016 | J | | |
| 587 | | | | | Buy additional | 3/22/2016 | J | | |
| 588 | | | | | Buy additional | 4/1/2016 | J | | |
| 589 | | | | | Buy additional | 8/5/2016 | J | | |
| 590    - CATERPILLAR INC | A | Dividend | | | Sold | 03/17/2016 | J | | |
| 591    - CERNER CORP    (Y) | A | Dividend | | | Buy additional | 3/22/2016 | J | | |
| 592 | | | | | Buy additional | 3/23/2016 | J | | |
| 593    - CHARTER COMMUNICATIONS INC CL A    (Y) | A | Dividend | | | Buy additional | 1/25/2016 | J | | |
| 594 | | | | | Sold | 5/18/2016 | J | A | |
| 595    - CHEVRON CORP    (Y) | B | Dividend | | | Buy additional | 6/15/2016 | J | | |
| 596    - CHINA EVERBRIGHT INTERNATIONAL LIMITED    (Y) | A | Dividend | | | Sold(part) | 02/04/2016 | J | | |
| 597 | | | | | Sold(part) | 02/15/2016 | J | | |
| 598 | | | | | Sold(part) | 02/16/2016 | J | | |
| 599 | | | | | Buy additional | 3/23/2016 | J | | |
| 600 | | | | | Buy additional | 3/31/2016 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 601 | | | | | | Buy additional | 4/7/2016 | J | | |
| 602 | | | | | | Sold (Part) | 7/13/2016 | J | | |
| 603 | - CIE FINANCIERE RICHEMON REG (Y) | A | Dividend | | | Sold (Part) | 5/10/2016 | J | | |
| 604 | | | | | | Sold (part) | 5/11/2016 | J | | |
| 605 | - CME GROUP INC (Y) | B | Dividend | | | Buy additional | 2/3/2016 | J | | |
| 606 | - COCA-COLA CO (Y) | B | Dividend | | | Buy additional | 1/7/2016 | J | | |
| 607 | | | | | | Buy additional | 6/13/2016 | J | | |
| 608 | - COMCAST CORP CL A (Y) | A | Dividend | | | | | | | |
| 609 | - COMPAGNIE FINANCIERE RICHEMONT SA REG (Y) | A | Dividend | | | | | | | |
| 610 | - CONOCOPHILLIPS (Y) | A | Dividend | | | Sold (Part) | 01/22/2016 | J | | |
| 611 | | | | | | Buy additional | 6/15/2016 | J | | |
| 612 | - CREDIT SUISSE COUPON RIGHTS (X) | A | Dividend | | | Sold | 6/1/2016 | J | A | |
| 613 | - CREDIT SUISSE GROUP REG | A | Dividend | | | Buy additional | 2/18/2016 | J | | |
| 614 | | | | | | Buy additional | 2/19/2016 | J | | |
| 615 | | | | | | Sold(part) | 03/30/2016 | J | | |
| 616 | | | | | | Sold(part) | 6/16/2016 | J | | |
| 617 | | | | | | Sold | 7/8/2016 | J | | |
| 618 | - CREDIT SUISSE GROUP RTS EXP (Y) | A | Dividend | | | | | | | |
| 619 | - CROWN CASTLE INTERNATIONAL CORP (Y) | A | Dividend | | | | | | | |
| 620 | - CVS HEALTH CORPORATION (Y) | A | Dividend | | | | | | | |
| 621 | - DANAHER CORP (Y) | A | Dividend | | | | | | | |
| 622 | - DANONE (Y) | A | Dividend | | | | | | | |
| 623 | - DAVITA HEALTHCARE PARTNERS (Y) | A | Dividend | | | | | | | |
| 624 | - DBS GROUP HOLDINGS LTD | A | Dividend | | | Sold | 6/16/2016 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 625 | - DELPHI AUTOMOTIVE PLC | A | Dividend | | | Sold | 01/22/2016 | J | A | |
| 626 | - DENSO CORP (Y) | A | Dividend | | | Sold(part) | 03/11/2016 | J | | |
| 627 | - DEUTSCHE WOHNEN AG (BEARER) (Y) | A | Dividend | | | Sold (Part) | 10/13/2016 | J | B | |
| 628 | - DIAGEO PLC (Y) | A | Dividend | | | Buy additional | 3/11/2016 | J | | |
| 629 | | | | | | Buy additional | 6/29/2016 | J | | |
| 630 | - DKSH HOLDING LTD (Y) | A | Dividend | | | | | | | |
| 631 | - DNB ASA (Y) | A | Dividend | | | | | | | |
| 632 | - DOLLAR GENERAL CORP (Y) | A | Dividend | | | Buy | 10/10/2016 | J | | |
| 633 | | | | | | Buy additional | 10/11/2016 | J | | |
| 634 | - DOW CHEMICAL CO (Y) | A | Dividend | | | | | | | |
| 635 | - EATON CORP PLC (Y) | B | Dividend | | | Sold(part) | 9/27/2016 | J | B | |
| 636 | - ELECTROLUX AB SER B | A | Dividend | | | Sold (Part) | 4/22/2016 | J | | |
| 637 | | | | | | Sold (Part) | 4/25/2016 | J | | |
| 638 | | | | | | Sold | 4/27/2016 | J | | |
| 639 | - ELRINGKLINGER AG | A | Dividend | | | Buy | 3/30/2016 | J | | |
| 640 | | | | | | Sold (Part) | 8/23/2016 | J | | |
| 641 | | | | | | Sold | 8/30/2016 | J | | |
| 642 | - ENBRIDGE INC C$ (Y) | B | Dividend | | | | | | | |
| 643 | - EOG RESOURCES INC (Y) | A | Dividend | | | | | | | |
| 644 | - ESSILOR COUPON RIGHTS EXP (X) | A | Dividend | | | Sold | 5/30/2016 | J | A | |
| 645 | - ESSILOR INTL (Y) | A | Dividend | | | | | | | |
| 646 | - EXPRESS SCRIPTS INC (Y) | A | Dividend | | | | | | | |
| 647 | - EXXON MOBIL CORP (Y) | B | Dividend | | | Buy additional | 1/26/2016 | J | | |
| 648 | | | | | | Buy additional | 3/11/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 649   - FANUC CO                    (Y) | A | Dividend | | | | | | | |
| 650   - FEDEX CORP | A | Dividend | | | Sold (Part) | 01/29/2016 | J | | |
| 651 | | | | | Sold | 01/29/2016 | J | C | |
| 652   - FORTIVE CORPORATION | A | Dividend | | | Sold (Part) | 7/5/2016 | J | A | |
| 653 | | | | | Sold (Part) | 7/7/2016 | J | B | |
| 654 | | | | | Sold | 7/8/2016 | J | A | |
| 655   - GEMALTO NV                  (Y) | A | Dividend | | | Buy additional | 2/5/2016 | J | | |
| 656 | | | | | Buy additional | 2/8/2016 | J | | |
| 657 | | | | | Sold(part) | 03/15/2016 | J | | |
| 658 | | | | | Sold(part) | 03/21/2016 | J | | |
| 659 | | | | | Sold(part) | 03/30/2016 | J | | |
| 660   - GENERAL ELECTRIC CO (USD)   (Y) | A | Dividend | | | Buy | 1/6/2016 | J | | |
| 661   - GILEAD SCIENCES INC         (Y) | A | Dividend | | | | | | | |
| 662   - GIVAUDAN                    (Y) | A | Dividend | | | | | | | |
| 663   - GOLDMAN SACHS GROUP INC     (Y) | A | Dividend | | | Sold(part) | 6/13/2016 | J | A | |
| 664   - GREENE KING PLC             (Y) | A | Dividend | | | | | | | |
| 665   - HAMAMATSU PHOTONIC KK       (Y) | A | Dividend | | | Sold(part) | 9/20/2016 | J | B | |
| 666 | | | | | Sold(part) | 9/21/2016 | J | B | |
| 667 | | | | | Sold(part) | 9/27/2016 | J | B | |
| 668   - HDFC BANK LTD               (Y) | A | Dividend | | | | | | | |
| 669   - HELMERICH & PAYNE           (Y) | A | Dividend | | | Buy | 5/31/2016 | J | | |
| 670 | | | | | Buy additional | 6/1/2016 | J | | |
| 671   - HEXCEL CORP                 (Y) | A | Dividend | | | Buy additional | 1/29/2016 | J | | |
| 672   - HOME DEPOT INC | A | Dividend | | | Sold | 7/13/2016 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 673 | - HP INC (Y) | A | Dividend | | | Buy | 1/13/2016 | J | | |
| 674 | | | | | | Buy additional | 1/13/2016 | J | | |
| 675 | - IDEX CORP (Y) | A | Dividend | | | | | | | |
| 676 | - ILLUMINA INC (Y) | A | Dividend | | | | | | | |
| 677 | - IMPERIAL TOBACCO GROUP PLC (Y) | B | Dividend | | | Sold(part) | 02/11/2016 | J | A | |
| 678 | | | | | | Sold(part) | 02/15/2016 | J | A | |
| 679 | - INCYTE CORP (Y) | A | Dividend | | | | | | | |
| 680 | - INTERNATIONAL BUSINESS MACHINES CORP (Y) | A | Dividend | | | | | | | |
| 681 | - INVESCO LTD (Y) | A | Dividend | | | Buy | 2/25/2016 | J | | |
| 682 | | | | | | Buy additional | 2/26/2016 | J | | |
| 683 | - IRON MOUNTAIN INCORPORATED (Y) | B | Dividend | | | | | | | |
| 684 | - JABIL CIRCUIT INC (Y) | A | Dividend | | | Sold(part) | 01/26/2016 | J | A | |
| 685 | | | | | | Sold(part) | 02/16/2016 | J | A | |
| 686 | - JACK HENRY & ASSOC INC (Y) | A | Dividend | | | Sold(part) | 02/18/2016 | K | D | |
| 687 | - JAPAN TOBACCO INC (Y) | A | Dividend | | | Buy | 2/4/2016 | J | | |
| 688 | | | | | | Buy additional | 2/4/2016 | J | | |
| 689 | - JARDINE MATHESON HLD (Y) | A | Dividend | | | | | | | |
| 690 | - JOHNSON & JOHNSON (Y) | A | Dividend | | | Buy | 9/27/2016 | J | | |
| 691 | - JPMORGAN CHASE & CO (Y) | A | Dividend | | | | | | | |
| 692 | - KEYENCE CORP (Y) | A | Dividend | | | | | | | |
| 693 | - KINDER MORGAN INC | A | Dividend | | | Sold (Part) | 03/17/2016 | J | | |
| 694 | | | | | | Sold | 03/17/2016 | J | | |
| 695 | - L'AIR LIQUIDE (Y) | A | Dividend | | | | | | | |
| 696 | - LAS VEGAS SANDS CORP (Y) | B | Dividend | | | Buy additional | 2/1/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 697 | | | | | | Buy additional | 5/6/2016 | J | | |
| 698 | - LIBERTY GLOBAL PLC CL A (Y) | A | Dividend | | | Sold(part) | 01/20/2016 | J | | |
| 699 | | | | | | Sold(part) | 8/24/2016 | J | | |
| 700 | | | | | | Sold(part) | 8/24/2016 | J | | |
| 701 | | | | | | Sold(part) | 8/26/2016 | J | | |
| 702 | - LIBERTY LILAC GROUP CL A (X) | A | Dividend | | | Sold (Part) | 7/1/2016 | J | | |
| 703 | | | | | | Sold | 7/8/2016 | J | | |
| 704 | - LILLY ELI & CO (Y) | A | Dividend | | | | | | | |
| 705 | - LINK REIT (REIT ) (Y) | A | Dividend | | | Buy | 8/12/2016 | J | | |
| 706 | - LLOYDS TSB GROUP PLC (Y) | A | Dividend | | | Sold(part) | 03/29/2016 | J | | |
| 707 | | | | | | Sold(part) | 03/30/2016 | J | | |
| 708 | | | | | | Sold(part) | 03/31/2016 | J | | |
| 709 | | | | | | Buy additional | 8/19/2016 | J | | |
| 710 | | | | | | Buy additional | 8/19/2016 | J | | |
| 711 | | | | | | Sold(part) | 9/22/2016 | J | | |
| 712 | - L'OREAL (Y) | A | Dividend | | | | | | | |
| 713 | - LVMH MOET HENNESSY VUITTON SE (Y) | A | Dividend | | | Buy | 5/11/2016 | J | | |
| 714 | | | | | | Buy additional | 5/12/2016 | J | | |
| 715 | | | | | | Buy additional | 5/16/2016 | J | | |
| 716 | | | | | | Buy additional | 5/17/2016 | J | | |
| 717 | | | | | | Buy additional | 5/19/2016 | J | | |
| 718 | - LYONDELLBASELL INDUSTRIES NV (Y) | A | Dividend | | | | | | | |
| 719 | - MARKS & SPENCER GROUP PLC (Y) | A | Dividend | | | | | | | |
| 720 | - MARSH & MCLENNAN COS (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 721    - MEDTRONIC PLC     (Y) | A | Dividend | | | Buy additional | 1/25/2016 | J | | |
| 722 | | | | | Buy additional | 3/11/2016 | J | | |
| 723    - MEGGITT PLC     (Y) | A | Dividend | | | | | | | |
| 724    - MERCURY GENERAL CORP     (Y) | A | Dividend | | | | | | | |
| 725    - MICROSOFT CORP     (Y) | A | Dividend | | | Buy | 1/6/2016 | K | | |
| 726 | | | | | Sold(part) | 5/31/2016 | J | | |
| 727    - MONDELEZ INTERNATIONAL INC     (Y) | A | Dividend | | | Buy | 2/24/2016 | J | | |
| 728    - MONSANTO CO NEW     (Y) | A | Dividend | | | Buy (additional) | 3/16/2016 | J | | |
| 729    - MOODYS CORP     (Y) | A | Dividend | | | | | | | |
| 730    - MURATA MANUFACTURING CO     (Y) | A | Dividend | | | | | | | |
| 731    - NASPERS LIMITED CL N SHS SPON ADR     (Y) | A | Dividend | | | Buy | 5/11/2016 | J | | |
| 732    - NATIONAL GRID PLC     (Y) | B | Dividend | | | | | | | |
| 733    - NESTLE SA REG     (Y) | B | Dividend | | | Buy additional | 7/7/2016 | J | | |
| 734    - NEW YORK COMMUNITY BANCORP     (Y) | A | Dividend | | | Buy | 5/17/2016 | J | | |
| 735 | | | | | Buy additional | 5/19/2016 | J | | |
| 736 | | | | | Buy additional | 5/23/2016 | J | | |
| 737 | | | | | Buy additional | 5/25/2016 | J | | |
| 738 | | | | | Buy additional | 5/31/2016 | J | | |
| 739 | | | | | Buy additional | 6/1/2016 | J | | |
| 740 | | | | | Buy additional | 6/3/2016 | J | | |
| 741    - NEWELL RUBBERMAID INC     (Y) | A | Dividend | | | Buy additional | 1/7/2016 | J | | |
| 742 | | | | | Buy additional | 1/8/2016 | J | | |
| 743    - NIELSEN HOLDINGS PLC     (Y) | A | Dividend | | | Sold(part) | 01/07/2016 | J | C | |
| 744 | | | | | Sold(part) | 01/08/2016 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 745 - NORFOLK SOUTHERN CORP (Y) | A | Dividend | | | | | | | |
| 746 - NOVARTIS AG NAMEN (Y) | A | Dividend | | | Sold(part) | 03/21/2016 | J | | |
| 747 | | | | | Sold(part) | 6/14/2016 | J | | |
| 748 | | | | | Sold(part) | 6/20/2016 | K | D | |
| 749 | | | | | Sold(part) | 8/19/2016 | J | B | |
| 750 - NOVO NORDISK A/S CL B (Y) | B | Dividend | | | Buy additional | 6/20/2016 | J | | |
| 751 - NTT DOCOMO (Y) | A | Dividend | | | | | | | |
| 752 - NUCOR CORP (Y) | A | Dividend | | | | | | | |
| 753 - OCCIDENTAL PETROLEUM CORP (Y) | B | Dividend | | | Buy additional | 6/15/2016 | J | | |
| 754 | | | | | Buy additional | 6/24/2016 | J | | |
| 755 - ORACLE CORP | A | Dividend | | | Sold | 01/05/2016 | J | B | |
| 756 - ORACLE CORP JAPAN (Y) | A | Dividend | | | | | | | |
| 757 - PACWEST BANCORP (Y) | A | Dividend | | | | | | | |
| 758 - PANERA BREAD CO CL A (Y) | A | Dividend | | | | | | | |
| 759 - PAYCHEX INC (Y) | A | Dividend | | | | | | | |
| 760 - PERNOD RICARD SA (Y) | A | Dividend | | | | | | | |
| 761 - PFIZER INC (Y) | A | Dividend | | | | | | | |
| 762 - PHILIP MORRIS INTERNATIONAL INC (Y) | B | Dividend | | | Buy additional | 3/11/2016 | J | | |
| 763 - PNC FINANCIAL SERVICES GROUP INC (Y) | A | Dividend | | | Sold(part) | 6/13/2016 | J | | |
| 764 | | | | | Sold(part) | 8/3/2016 | J | | |
| 765 - PRAXAIR INC (Y) | A | Dividend | | | | | | | |
| 766 - PROCTER & GAMBLE CO (Y) | B | Dividend | | | | | | | |
| 767 - PRUDENTIAL PLC (Y) | A | Dividend | | | Sold (Part) | 6/15/2016 | J | | |
| 768 | | | | | Sold (Part) | 6/16/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 769 | | | | | | Sold | 6/17/2016 | J | | |
| 770 | | | | | | Buy | 8/4/2016 | J | | |
| 771 - RIO TINTO PLC REG | (Y) | A | Dividend | | | | | | | |
| 772 - ROCHE HOLDING AG GENUSSCHEIN | (Y) | B | Dividend | | | Buy additional | 6/21/2016 | J | | |
| 773 - ROYAL CARIBBEAN CRUISES | (Y) | A | Dividend | | | Buy additional | 9/29/2016 | J | | |
| 774 - ROYAL DUTCH SHELL CL B ADR | (Y) | B | Dividend | | | Buy | 3/18/2016 | J | | |
| 775 | | | | | | Buy additional | 3/18/2016 | J | | |
| 776 | | | | | | Buy additional | 6/13/2016 | J | | |
| 777 - SAFRAN SA | (Y) | A | Dividend | | | | | | | |
| 778 - SAMPO OYJ A SHS | (Y) | B | Dividend | | | Sold(part) | 7/20/2016 | J | | |
| 779 | | | | | | Sold(part) | 7/26/2016 | J | | |
| 780 - SAMSONITE INTERNATIONAL SA | (Y) | A | Dividend | | | Buy additional | 3/24/2016 | J | | |
| 781 - SAP SE | (Y) | A | Dividend | | | Buy | 7/28/2016 | J | | |
| 782 | | | | | | Buy additional | 7/29/2016 | J | | |
| 783 | | | | | | Buy additional | 8/1/2016 | J | | |
| 784 - SCHLUMBERGER LTD | (Y) | A | Dividend | | | | | | | |
| 785 - SCOTTISH & SOUTHERN ENERGY | (Y) | B | Dividend | | | | | | | |
| 786 - SCRIPPS NETWORKS INTERACTIVE | (Y) | A | Dividend | | | Sold(part) | 01/08/2016 | J | A | |
| 787 | | | | | | Sold(part) | 01/08/2016 | J | A | |
| 788 - SEMPRA ENERGY | (Y) | A | Dividend | | | Buy additional | 3/11/2016 | J | | |
| 789 - SES FDR CL A (PARIS) | | A | Dividend | | | Buy additional | 7/20/2016 | J | | |
| 790 - SIEMENS AG NAMEN | (Y) | A | Dividend | | | | | | | |
| 791 - SINGAPORE TELECOMM | (Y) | B | Dividend | | | | | | | |
| 792 - SIRIUS XM HOLDINGS INC | (Y) | A | Dividend | | | Sold(part) | 6/15/2016 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 793 | | | | | | Sold (Part) | 10/3/2016 | J | A | |
| 794 | | | | | | Sold (part) | 10/7/2016 | J | A | |
| 795 - SMC CORP | (Y) | A | Dividend | | | | | | | |
| 796 - SOFTBANK CORP | (Y) | A | Dividend | | | Sold(part) | 6/3/2016 | J | C | |
| 797 | | | | | | Sold(part) | 6/20/2016 | J | C | |
| 798 - SSGA US MONEY MARKET FUND | (Y) | A | Dividend | | | | | | | |
| 799 - ST JUDE MEDICAL | | A | Dividend | | | Sold (Part) | 3/16/2016 | J | | |
| 800 | | | | | | Sold | 03/17/2016 | J | | |
| 801 - STARBUCKS CORP | (Y) | A | Dividend | | | | | | | |
| 802 - SVENSKA HANDELSBKEN A | (Y) | A | Dividend | | | | | | | |
| 803 - SYDNEY AIRPORT STAPLED SECURITY | (Y) | A | Dividend | | | | | | | |
| 804 - SYSMEX CORP | (Y) | A | Dividend | | | | | | | |
| 805 - TAIWAN SEMICONDUCTOR SPONS ADR | (Y) | A | Dividend | | | | | | | |
| 806 - TATE & LYLE PLC | (Y) | A | Dividend | | | | | | | |
| 807 - TEMPUR SEALY INTERNATIONAL INC | (Y) | A | Dividend | | | Buy | 6/3/2016 | J | | |
| 808 - TOTAL SA (FR) | (Y) | A | Dividend | | | Sold(part) | 01/22/2016 | J | | |
| 809 | | | | | | Sold(part) | 4/21/2016 | J | | |
| 810 | | | | | | Sold(part) | 6/15/2016 | J | | |
| 811 | | | | | | Sold(part) | 6/15/2016 | J | | |
| 812 | | | | | | Sold(part) | 10/28/2016 | J | | |
| 813 - TOTAL SA COUPON RIGHTS EXP | (X) (Y) | A | Dividend | | | Sold (Part) | 01/06/2016 | J | A | |
| 814 | | | | | | Sold (Part) | 01/06/2016 | J | A | |
| 815 | | | | | | Sold (Part) | 4/1/2016 | J | A | |
| 816 | | | | | | Sold (Part) | 4/1/2016 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 817 | | | | | Sold (Part) | 6/15/2016 | J | A | |
| 818 | | | | | Sold (Part) | 6/15/2016 | J | A | |
| 819 | | | | | Sold (Part) | 10/6/2016 | J | A | |
| 820 | | | | | Sold (Part) | 10/6/2016 | J | A | |
| 821  - TOWERS WATSON & COMPANY CL | A | Dividend | | | Sold | 01/05/2016 | K | B | |
| 822  - TRANSDIGM GROUP INC    (Y) | A | Dividend | | | Buy | 1/25/2016 | J | | |
| 823  - TREND MICRO INC | A | Dividend | | | Sold (Part) | 6/15/2016 | J | B | |
| 824 | | | | | Sold | 6/16/2016 | J | A | |
| 825  - UBS GROUP AG    (Y) | A | Dividend | | | | | | | |
| 826  - UNILEVER PLC    (Y) | B | Dividend | | | Sold(part) | 9/28/2016 | J | B | |
| 827  - UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold | 01/06/2016 | J | B | |
| 828  - UNITEDHEALTH GROUP INC    (Y) | A | Dividend | | | Buy | 9/30/2016 | J | | |
| 829  - VERISIGN INC    (Y) | A | Dividend | | | Sold(part) | 7/20/2016 | J | B | |
| 830 | | | | | Sold(part) | 8/25/2016 | J | B | |
| 831  - VERIZON COMMUNICATIONS    (Y) | B | Dividend | | | | | | | |
| 832  - VIACOM INC CLASS B | A | Dividend | | | Sold (Part) | 9/23/2016 | J | | |
| 833 | | | | | Sold (Part) | 9/26/2016 | J | | |
| 834 | | | | | Sold | 9/26/2016 | J | | |
| 835  - VISA INC CL A    (Y) | A | Dividend | | | Buy additional | 8/18/2016 | J | | |
| 836 | | | | | Buy additional | 9/27/2016 | J | | |
| 837  - VODAFONE GROUP PLC    (Y) | A | Dividend | | | | | | | |
| 838  - VTECH HOLDINGS LTD    (Y) | A | Dividend | | | | | | | |
| 839  - WASTE CONNECTIONS INC    (Y) | A | Dividend | | | Buy | 7/28/2016 | J | | |
| 840 | | | | | Buy additional | 7/29/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 841  - WASTE MANAGEMENT INC          (Y) | A | Dividend | | | | | | | |
| 842  - WELLS FARGO & CO (NEW)        (Y) | A | Dividend | | | Sold(part) | 9/13/2016 | J | | |
| 843  - WILLIS TOWERS WATSON PLC      (X) | A | Dividend | | | Sold (Part) | 01/19/2016 | J | | |
| 844 | | | | | Sold | 03/29/2016 | J | | |
| 845  - WYNN MACAU LTD | A | Dividend | | | Sold(part) | 9/30/2016 | J | | |
| 846 | | | | | Sold | 10/4/2016 | J | | |
| 847  - XILINX INC                    (Y) | B | Dividend | | | Buy additional | 1/12/2016 | J | | |
| 848  - YUM BRANDS INC                (Y) | A | Dividend | | | | | | | |
| 849  - ZODIAC AEROSPACE              (Y) | A | Dividend | | | | | | | |
| 850  -TEXAS INSTRUMENTS INC          (Y) | A | Dividend | | | | | | | |
| 851  - CHUBB LIMITED                 (X)(Y) | A | Dividend | | | | | | | |
| 852  Family Trust #34- List of Assets | | | | | | | | | |
| 853  - 3M COMPANY | A | Dividend | | | Sold (Part) | 1/22/2016 | J | A | |
| 854 | | | | | Sold (Part) | 1/25/2016 | J | A | |
| 855 | | | | | Sold | 1/26/2016 | J | A | |
| 856  - AA PLC | B | Dividend | L | T | | | | | |
| 857  - ABBVIE INC | A | Dividend | | | Sold | 1/13/2016 | L | D | |
| 858  - ABERDEEN ASSET MGMT PLC       (Y) | B | Dividend | | | Sold(part) | 9/9/2016 | K | | |
| 859 | | | | | Sold | 1/6/2017 | K | | |
| 860  - ABN AMRO GROUP NV CVA GDR     (Y) | | None | | | Buy | 3/11/2016 | J | | |
| 861 | | | | | Buy additional | 3/14/2016 | J | | |
| 862 | | | | | Buy additional | 3/16/2016 | J | | |
| 863 | | | | | Buy additional | 3/22/2016 | J | | |
| 864 | | | | | Buy additional | 3/23/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barry, Maryanne T.** | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 865 | - ACCENTURE PLC US$ (Y) | B | Dividend | F | T | | | | | |
| 866 | - ACE LTD (Y) | | NONE | | | | | | | |
| 867 | - ACTIVISION BLIZZARD INC | | NONE | L | T | Buy | 2/11/2016 | K | | |
| 868 | | | | | | Buy additional | 5/20/2016 | K | | |
| 869 | | | | | | Buy additional | 5/23/2016 | J | | |
| 870 | - ADVANCED AUTO PARTS INC | | NONE | K | T | Buy | 7/26/2016 | K | | |
| 871 | | | | | | Buy additional | 7/27/2016 | J | | |
| 872 | - AES CORP COM | | NONE | M | T | Buy | 1/5/2017 | M | | |
| 873 | - AETNA INC | | NONE | K | T | Buy | 1/29/2016 | K | | |
| 874 | | | | | | Buy additional | 2/1/2016 | K | | |
| 875 | - AIA GROUP LTD | D | Dividend | N | T | Sold(part) | 10/6/2016 | L | E | |
| 876 | | | | | | Buy additional | 1/6/2017 | L | | |
| 877 | - AIRBUS GROUP SE | B | Dividend | L | T | Buy additional | 1/9/2017 | L | | |
| 878 | | | | | | Buy additional | 1/9/2017 | K | | |
| 879 | | | | | | Buy additional | 1/12/2017 | K | | |
| 880 | | | | | | Buy additional | 1/12/2017 | K | | |
| 881 | - AJINOMOTO CO INC | | NONE | | | Sold (Part) | 1/6/2016 | K | E | |
| 882 | | | | | | Sold | 1/7/2016 | K | D | |
| 883 | - ALPHABET INC CL A | | NONE | M | T | Sold(part) | 6/2/2016 | K | D | |
| 884 | | | | | | Sold(part) | 6/3/2016 | L | E | |
| 885 | - ALPHABET INC CL C | | NONE | L | T | | | | | |
| 886 | - AMADEUS IT HOLDING SA A (BEARER) | C | Dividend | M | T | Buy additional | 2/1/2016 | J | | |
| 887 | | | | | | Buy additional | 2/1/2016 | J | | |
| 888 | | | | | | Buy additional | 2/1/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 889 | | | | | Buy | 2/2/2016 | K | | |
| 890 | | | | | Buy additional | 4/7/2016 | K | | |
| 891   - AMAZON.COM INC                    (X) | | None | M | T | Buy | 6/3/2016 | K | | |
| 892 | | | | | Buy additional | 8/12/2016 | K | | |
| 893 | | | | | Buy additional | 8/25/2016 | K | | |
| 894 | | | | | Buy additional | 9/26/2016 | K | | |
| 895 | | | | | Buy additional | 1/5/2017 | L | | |
| 896   - AMERICAN TOWER CORP | C | Dividend | M | T | Sold(part) | 10/6/2016 | L | D | |
| 897   - AMERISOURCEBERGEN CORP        (X) | B | Dividend | | | Sold(part) | 5/23/2016 | K | | |
| 898 | | | | | Sold(part) | 9/8/2016 | K | C | |
| 899 | | | | | Sold | 1/5/2017 | L | C | |
| 900   - ANALOG DEVICES INC | | None | K | T | Buy | 3/21/2016 | J | | |
| 901 | | | | | Buy additional | 3/23/2016 | J | | |
| 902 | | | | | Buy additional | 4/8/2016 | J | | |
| 903   - AON PLC | B | Dividend | M | T | Sold(part) | 9/8/2016 | K | D | |
| 904   - APPLE INC | C | Dividend | M | T | Sold(part) | 9/8/2016 | K | | |
| 905   - ARM HOLDINGS PLC | | None | | | Buy | 7/15/2016 | J | | |
| 906 | | | | | Sold | 7/29/2016 | J | B | |
| 907   - ASAHI KASEI CORP | B | Dividend | L | T | Buy | 6/17/2016 | K | | |
| 908 | | | | | Buy additional | 6/20/2016 | K | | |
| 909 | | | | | Buy additional | 1/6/2017 | L | | |
| 910   - ASML HOLDING NV | C | Dividend | N | T | Buy additional | 5/4/2016 | K | | |
| 911 | | | | | Sold(part) | 9/9/2016 | K | | |
| 912 | | | | | Sold(part) | 10/6/2016 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 913 | | | | | Buy additional | 1/6/2017 | L | | |
| 914 - ASSA ABLOY AB B | B | Dividend | M | T | Sold(part) | 10/6/2016 | K | D | |
| 915 - ASTRAZENECA PLC (GBP) | D | Dividend | N | T | Sold(part) | 10/6/2016 | J | | |
| 916 | | | | | Sold(part) | 1/6/2017 | M | | |
| 917 - AUTOMATIC DATA PROCESSING | B | Dividend | L | T | Sold (Part) | 9/8/2016 | J | B | |
| 918 | | | | | Sold (Part) | 10/3/2016 | L | E | |
| 919 - AVAGO TECHNOLOGIES LTD (Y) | | None | | | | | | | |
| 920 - BAE SYSTEMS PLC | C | Dividend | M | T | Sold(part) | 10/6/2016 | K | | |
| 921 | | | | | Sold(part) | 1/6/2017 | M | | |
| 922 - BANK OF NEW YORK MELLON CORP | B | Dividend | M | T | Buy | 7/28/2016 | K | | |
| 923 | | | | | Buy additional | 7/29/2016 | K | | |
| 924 - BARCLAYS CENTER BROOKLYN LDC 16A 5.0% | C | Interest | L | T | Buy | 9/15/2016 | L | | |
| 925 - BAYER AG | | NONE | | | Sold (Part) | 1/6/2016 | L | D | |
| 926 | | | | | Sold | 2/1/2016 | K | D | |
| 927 - BCA MARKETPLACE PLC | B | Dividend | K | T | | | | | |
| 928 - BMW AG | A | Dividend | | | Sold | 9/14/2016 | K | C | |
| 929 - BNP PARIBAS | D | Dividend | M | T | Sold(part) | 2/3/2016 | K | | |
| 930 | | | | | Sold(part) | 2/3/2016 | J | | |
| 931 | | | | | Buy additional | 3/17/2016 | J | | |
| 932 | | | | | Buy additional | 3/24/2016 | K | | |
| 933 | | | | | Buy additional | 4/1/2016 | J | | |
| 934 | | | | | Buy additional | 4/5/2016 | J | | |
| 935 | | | | | Buy additional | 4/5/2016 | K | | |
| 936 | | | | | Buy additional | 4/6/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 937 | | | | | Buy additional | 4/7/2016 | J | | |
| 938 | | | | | Buy additional | 4/8/2016 | J | | |
| 939 | | | | | Buy additional | 4/11/2016 | J | | |
| 940 | | | | | Buy additional | 9/14/2016 | K | | |
| 941 | | | | | Buy additional | 1/6/2017 | L | | |
| 942   - BOEING CO | D | Dividend | M | T | Sold(part) | 3/10/2016 | K | | |
| 943 | | | | | Sold(part) | 10/6/2016 | K | B | |
| 944   - BRENNTAG AG | A | Dividend | K | T | Buy | 8/16/2016 | J | | |
| 945 | | | | | Buy additional | 8/17/2016 | K | | |
| 946   - BRISTOL-MYERS SQUIBB CO | | None | | | Sold (Part) | 2/17/2016 | J | C | |
| 947 | | | | | Sold | 3/2/2016 | J | C | |
| 948   - BRITISH AMERICAN TOBACCO PLC | C | Dividend | M | T | Buy additional | 2/3/2016 | L | | |
| 949 | | | | | Sold(part) | 9/9/2016 | K | B | |
| 950 | | | | | Buy additional | 1/31/2017 | J | | |
| 951   - BROADCOM CORP | | None | | | Sold (Part) | 1/12/2016 | K | E | |
| 952 | | | | | Sold (Part) | 1/12/2016 | K | D | |
| 953 | | | | | Sold | 2/2/2016 | K | A | |
| 954   - BROADCOM LTD | C | Dividend | M | T | Sold(part) | 2/2/2016 | J | A | |
| 955 | | | | | Sold(part) | 5/3/2016 | L | E | |
| 956 | | | | | Sold(part) | 10/6/2016 | L | E | |
| 957 | | | | | Buy additional | 1/5/2017 | K | | |
| 958   - BUILD NYC METHODIST HOSPITAL 5.0% 07-01-21 | D | Interest | M | T | | | | | |
| 959   - BURBERRY GROUP PLC | B | Dividend | | | Buy | 1/8/2016 | K | | |
| 960 | | | | | Buy additional | 1/11/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 961 | | | | | Sold (Part) | 7/12/2016 | J | | |
| 962 | | | | | Sold (Part) | 7/12/2016 | J | A | |
| 963 | | | | | Sold (Part) | 7/13/2016 | J | A | |
| 964 | | | | | Sold (Part) | 7/13/2016 | J | A | |
| 965 | | | | | Sold (Part) | 7/13/2016 | J | A | |
| 966 | | | | | Sold | 7/14/2016 | J | A | |
| 967 - C H ROBINSON WORLDWIDE INC (Y) | | None | | | Buy | 1/26/2017 | K | | |
| 968 | | | | | Buy additional | 1/27/2017 | K | | |
| 969 | | | | | Buy additional | 1/30/2017 | J | | |
| 970 - CAIXABANK SA | | None | | | Sold (Part) | 2/4/2016 | K | | |
| 971 | | | | | Sold (Part) | 2/5/2016 | J | | |
| 972 | | | | | Sold (Part) | 2/5/2016 | J | | |
| 973 | | | | | Sold (Part) | 2/5/2016 | J | | |
| 974 | | | | | Sold (Part) | 3/10/2016 | K | | |
| 975 | | | | | Sold (Part) | 3/10/2016 | J | | |
| 976 | | | | | Sold (Part) | 4/7/2016 | J | | |
| 977 | | | | | Sold | 4/8/2016 | J | A | |
| 978 - CALIFORNIA RESOURCES | | None | | | Sold(part) | 3/24/2016 | J | A | |
| 979 | | | | | Sold | 3/29/2016 | J | A | |
| 980 - CANADIAN NATIONAL RAILWAY CO US$ | B | Dividend | L | T | Buy | 1/8/2016 | K | | |
| 981 | | | | | Buy additional | 1/11/2016 | J | | |
| 982 - CARLSBERG A/S B | C | Dividend | G | T | Buy additional | 1/6/2016 | J | | |
| 983 | | | | | Buy additional | 1/6/2016 | J | | |
| 984 | | | | | Buy additional | 1/7/2016 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 985 | | | | | Buy additional | 1/8/2016 | J | | |
| 986 | | | | | Buy additional | 2/1/2016 | K | | |
| 987 | | | | | Buy additional | 2/1/2016 | K | | |
| 988 | | | | | Buy additional | 2/1/2016 | K | | |
| 989 | | | | | Buy additional | 3/22/2016 | J | | |
| 990 | | | | | Buy additional | 3/29/2016 | J | | |
| 991 | | | | | Buy additional | 3/31/2016 | J | | |
| 992 | | | | | Buy additional | 4/1/2016 | J | | |
| 993 | | | | | Buy additional | 8/5/2016 | K | | |
| 994 | | | | | Sold(part) | 10/6/2016 | K | | |
| 995    - CATERPILLAR INC | | None | | | Sold | 3/17/2016 | K | | |
| 996    - CERNER CORP | | None | M | T | Buy additional | 3/22/2016 | K | | |
| 997 | | | | | Buy additional | 3/22/2016 | K | | |
| 998 | | | | | Buy additional | 3/23/2016 | J | | |
| 999    - CHARTER COMMUNICATIONS INC CL A | | None | M | T | Buy additional | 1/20/2016 | K | | |
| 1000 | | | | | Sold (Part) | 5/18/2016 | J | A | |
| 1001 | | | | | Sold (Part) | 10/6/2016 | J | B | |
| 1002    - CHEVRON CORP | E | Dividend | N | T | Buy additional | 3/7/2016 | K | | |
| 1003 | | | | | Buy additional | 6/15/2016 | J | | |
| 1004 | | | | | Buy additional | 6/15/2016 | K | | |
| 1005 | | | | | Sold(part) | 9/8/2016 | K | | |
| 1006 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1007 | | | | | Sold(part) | 1/5/2017 | L | E | |
| 1008    - CHINA EVERBRIGHT INTERNATIONAL LIMITED | C | Dividend | | | Sold (Part) | 2/3/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1009 | | | | | Sold (Part) | 2/4/2016 | J | | |
| 1010 | | | | | Sold (Part) | 2/4/2016 | J | | |
| 1011 | | | | | Sold (Part) | 2/4/2016 | J | | |
| 1012 | | | | | Sold (Part) | 2/12/2016 | J | | |
| 1013 | | | | | Sold (Part) | 2/15/2016 | J | | |
| 1014 | | | | | Sold (Part) | 2/15/2016 | J | | |
| 1015 | | | | | Sold (Part) | 2/16/2016 | K | | |
| 1016 | | | | | Buy additional | 3/22/2016 | J | | |
| 1017 | | | | | Buy additional | 3/23/2016 | J | | |
| 1018 | | | | | Buy additional | 3/24/2016 | J | | |
| 1019 | | | | | Buy additional | 3/31/2016 | J | | |
| 1020 | | | | | Buy additional | 4/5/2016 | J | | |
| 1021 | | | | | Buy additional | 4/7/2016 | J | | |
| 1022 | | | | | Sold (Part) | 7/11/2016 | J | | |
| 1023 | | | | | Sold (Part) | 7/12/2016 | J | | |
| 1024 | | | | | Sold (Part) | 7/13/2016 | K | | |
| 1025 | | | | | Sold (Part) | 7/14/2016 | J | | |
| 1026 | | | | | Sold (Part) | 7/18/2016 | J | | |
| 1027 | | | | | Sold (Part) | 1/6/2017 | L | | |
| 1028 | | | | | Sold | 1/6/2017 | J | A | |
| 1029   - CHUBB LTD                                    (X) | M | Dividend | B | T | Sold(part) | 10/6/2016 | K | D | |
| 1030   - COMPAGNIE FINANCIERE RICHEMONTS SA REG | B | Dividend | L | T | Sold (Part) | 5/10/2016 | J | | |
| 1031 | | | | | Sold (Part) | 5/10/2016 | J | | |
| 1032 | | | | | Sold | 5/11/2016 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1033   - CME GROUP INC | D | Dividend | N | T | Sold(part) | 10/6/2016 | L | E | |
| 1034   - COCA-COLA CO | D | Dividend | M | T | Buy additional | 1/7/2016 | K | | |
| 1035 | | | | | Buy additional | 6/13/2016 | K | | |
| 1036 | | | | | Sold(part) | 9/8/2016 | K | | |
| 1037 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1038 | | | | | Sold(part) | 1/5/2017 | L | | |
| 1039   - COMCAST CORP CL A (NEW) | B | Dividend | M | T | Sold(part) | 9/8/2016 | J | B | |
| 1040   - CONOCOPHILLIPS | A | Dividend | K | T | Buy additional | 6/15/2016 | K | | |
| 1041   - CREDIT SUISSE GROUP REG | B | Dividend | | | Buy additional | 2/18/2016 | K | | |
| 1042 | | | | | Buy additional | 2/18/2016 | J | | |
| 1043 | | | | | Buy additional | 2/19/2016 | J | | |
| 1044 | | | | | Sold(part) | 3/30/2016 | K | | |
| 1045 | | | | | Sold(part) | 6/16/2016 | J | | |
| 1046 | | | | | Sold | 7/8/2016 | K | | |
| 1047   - CROWN CASTLE INTERNATIONAL CORP | C | Dividend | M | T | Buy additional | 1/5/2017 | L | | |
| 1048 | | | | | Sold(part) | 9/8/2016 | J | B | |
| 1049   - CVS HEALTH CORPORATION | A | Dividend | K | T | Sold(part) | 1/5/2017 | K | | |
| 1050   - DANAHER CORP | A | Dividend | M | T | | | | | |
| 1051   - DANONE | C | Dividend | L | T | | | | | |
| 1052   - DASNY CULINARY INST AM 3.0% 07-01-18 | D | Interest | M | T | | | | | |
| 1053   - DASNY ROCHESTER INST OF TECH 5.0% 07-01-21 | E | Interest | N | T | | | | | |
| 1054   - DAVITA HEALTHCARE PARTNERS        (Y) | | None | | | | | | | |
| 1055   - DAVITA INC        (X) | | None | L | T | Buy additional | 7/13/2016 | K | | |
| 1056 | | | | | Sold (Part) | 1/5/2017 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1057 | | | | | Sold (Part) | 1/5/2017 | K | | |
| 1058   - DBS GROUP HOLDINGS LTD | | None | | | Sold | 6/16/2016 | L | D | |
| 1059   - DELPHI AUTOMOTIVE PLC | | None | | | Sold | 1/22/2016 | K | | |
| 1060   - DENSO CORP | B | Dividend | L | T | Sold(part) | 3/11/2016 | J | | |
| 1061   - DEUTSCHE WOHNEN AG | B | Dividend | M | T | Sold(part) | 10/6/2016 | L | E | |
| 1062 | | | | | Sold(part) | 1/6/2017 | L | E | |
| 1063   - DIAGEO PLC | C | Dividend | M | T | Buy additional | 3/11/2016 | K | | |
| 1064 | | | | | Buy additional | 6/29/2016 | K | | |
| 1065 | | | | | Sold(part) | 9/9/2016 | J | | |
| 1066   - DKSH HOLDING LTD | A | Dividend | K | T | | | | | |
| 1067   - DNB ASA | B | Dividend | L | T | | | | | |
| 1068   - DOLLAR GENERAL CORP | A | Dividend | K | T | Buy | 10/6/2016 | K | | |
| 1069   - DOW CHEMICAL CO | C | Dividend | M | T | Sold(part) | 3/10/2016 | K | A | |
| 1070 | | | | | Buy additional | 1/5/2017 | L | | |
| 1071   - EATON CORP PLC | D | Dividend | M | T | Sold(part) | 9/27/2016 | K | D | |
| 1072 | | | | | Sold(part) | 10/6/2016 | K | D | |
| 1073   - ELECTROLUX AB SER B | | None | | | Sold (Part) | 4/22/2016 | K | | |
| 1074 | | | | | Sold (Part) | 4/25/2016 | K | | |
| 1075 | | | | | Sold (Part) | 4/26/2016 | J | | |
| 1076 | | | | | Sold | 4/27/2016 | J | | |
| 1077   - ELRINGKLINGER AG | | None | | | Buy | 3/30/2016 | K | | |
| 1078 | | | | | Sold(part) | 8/18/2016 | J | | |
| 1079 | | | | | Sold(part) | 8/19/2016 | J | | |
| 1080 | | | | | Sold(part) | 8/22/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1081 | | | | | Sold(part) | 8/23/2016 | J | | |
| 1082 | | | | | Sold(part) | 8/26/2016 | J | | |
| 1083 | | | | | Sold(part) | 8/29/2016 | J | | |
| 1084 | | | | | Sold(part) | 8/30/2016 | J | | |
| 1085 | | | | | Sold(part) | 8/31/2016 | J | | |
| 1086 | | | | | Sold | 10/4/2016 | J | | |
| 1087  - EMPIRE ST UDC PIT AI 5.0% 12/15/23 | B | Interest | K | T | | | | | |
| 1088  - ENBRIDGE INC | D | Dividend | M | T | Buy | 4/8/2016 | K | | |
| 1089 | | | | | Buy additional | 4/11/2016 | K | | |
| 1090 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1091  - EOG RESOURCES INC | A | Dividend | M | T | Sold(part) | 9/8/2016 | J | | |
| 1092 | | | | | Sold(part) | 10/6/2016 | K | A | |
| 1093  -ERIE CO NY IDA SCH FAC BUFFALO 15A 5.0% 05-01-24 | D | Interest | M | T | | | | | |
| 1094  - ERIE CO NY IDA SCH FAC BUFFALO 5.0% 05-01-19 | D | Interest | M | T | | | | | |
| 1095  - ESSILOR INTL | B | Dividend | M | T | Sold(part) | 10/6/2016 | K | D | |
| 1096  - EXPRESS SCRIPTS HOLDING CO | | None | L | T | Sold(part) | 8/12/2016 | K | D | |
| 1097  - EXXON MOBIL CORP | D | Dividend | M | T | Buy additional | 3/11/2016 | K | | |
| 1098 | | | | | Sold(part) | 9/8/2016 | K | C | |
| 1099 | | | | | Sold(part) | 10/6/2016 | K | C | |
| 1100  - FANUC CO | C | Dividend | M | T | Sold(part) | 9/9/2016 | K | A | |
| 1101 | | | | | Sold(part) | 10/6/2016 | K | A | |
| 1102  - FEDEX CORP | | None | | | Sold | 1/29/2016 | L | | |
| 1103  - FORTIVE CORPORATION | | None | | | Sold (Part) | 7/5/2016 | J | A | |
| 1104 | | | | | Sold (Part) | 7/6/2016 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1105 | | | | | Sold (Part) | 7/7/2016 | J | D | |
| 1106 | | | | | Sold | 7/8/2016 | J | C | |
| 1107    - GEMALTO NV | A | Dividend | L | T | Buy additional | 2/3/2016 | J | | |
| 1108 | | | | | Buy additional | 2/4/2016 | J | | |
| 1109 | | | | | Buy additional | 2/5/2016 | K | | |
| 1110 | | | | | Buy additional | 2/8/2016 | J | | |
| 1111 | | | | | Buy additional | 2/8/2016 | J | | |
| 1112 | | | | | Sold(part) | 3/15/2016 | J | | |
| 1113 | | | | | Sold(part) | 3/16/2016 | J | A | |
| 1114 | | | | | Sold(part) | 3/17/2016 | J | A | |
| 1115 | | | | | Sold(part) | 3/21/2016 | J | A | |
| 1116 | | | | | Sold(part) | 3/29/2016 | J | A | |
| 1117 | | | | | Sold(part) | 3/30/2016 | K | B | |
| 1118    - GENERAL ELECTRIC CO (USD) | C | Dividend | L | T | Buy | 1/6/2016 | L | | |
| 1119    - GILEAD SCIENCES INC | C | Dividend | M | T | Sold(part) | 9/8/2016 | K | | |
| 1120 | | | | | Sold(part) | 1/12/2017 | K | | |
| 1121    - GIVAUDAN | B | Dividend | L | T | | | | | |
| 1122    - GOLDMAN SACHS GROUP INC | D | Dividend | N | T | Sold(part) | 5/23/2016 | K | | |
| 1123 | | | | | Sold(part) | 6/13/2016 | J | | |
| 1124 | | | | | Sold(part) | 10/6/2016 | K | A | |
| 1125 | | | | | Sold(part) | 1/12/2017 | L | E | |
| 1126 | | | | | Sold(part) | 1/24/2017 | L | E | |
| 1127    - GREENE KING PLC | C | Dividend | L | T | Sold(part) | 10/6/2016 | J | | |
| 1128 | | | | | Sold(part) | 1/6/2017 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1129    - HAMAMATSU PHOTONIC KK | B | Dividend | G | T | Sold(part) | 10/6/2016 | L | E | |
| 1130    - HDFC BANK LTD | A | Dividend | M | T | Sold(part) | 10/6/2016 | J | D | |
| 1131    - HEALTH QUEST NY HOSP 16B5.0% 07-01-23 | D | Dividend | M | T | Buy | 6/17/2016 | M | | |
| 1132    - HELMERICH & PAYNE | L | Dividend | C | T | Buy | 5/31/2016 | J | | |
| 1133 | | | | | Buy additional | 5/31/2016 | J | | |
| 1134 | | | | | Buy additional | 6/1/2016 | K | | |
| 1135    - HEMPSTEAD NY ADELPHI UNIV 5.0% 09-01-20 | C | Dividend | M | T | | | | | |
| 1136    - HEXCEL CORP | B | Dividend | M | T | Buy additional | 1/28/2016 | J | | |
| 1137 | | | | | Buy additional | 1/29/2016 | J | | |
| 1138 | | | | | Buy additional | 2/1/2016 | J | | |
| 1139 | | | | | Sold(part) | 9/8/2016 | J | | |
| 1140 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1141    - HOFSTRA UNIV NY 5.0% 07-01-19 | D | Interest | M | T | | | | | |
| 1142    - HOME DEPOT INC                (Y) | | None | | | | | | | |
| 1143    - HOSHIZAKI CORP | | None | J | T | Buy | 10/3/2016 | J | | |
| 1144 | | | | | Buy additional | 1/6/2017 | K | | |
| 1145    - HP INC | D | Dividend | | | Buy | 1/13/2016 | K | | |
| 1146 | | | | | Buy additional | 1/13/2016 | K | | |
| 1147 | | | | | Sold (Part) | 1/17/2017 | K | D | |
| 1148 | | | | | Sold (Part) | 1/17/2017 | J | A | |
| 1149 | | | | | Sold (Part) | 1/17/2017 | J | A | |
| 1150 | | | | | Sold (Part) | 1/18/2017 | K | D | |
| 1151 | | | | | Sold (Part) | 1/18/2017 | J | B | |
| 1152 | | | | | Sold | 1/19/2017 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1153 - ILLUMINA INC (X) | | None | M | T | Sold(part) | 9/8/2016 | K | | |
| 1154 | | | | | Sold(part) | 1/5/2017 | M | | |
| 1155 - IDEX CORP | B | Dividend | F | T | Sold(part) | 10/6/2016 | K | D | |
| 1156 - ILLUMINA INC | | None | | | Sold | 1/5/2017 | M | | |
| 1157 - IMPERIAL BRANDS PLC | D | Dividend | M | T | Sold(part) | 10/6/2016 | K | D | |
| 1158 | | | | | Sold(part) | 1/6/2017 | L | | |
| 1159 - IMPERIAL TOBACCO PLC | | None | | | Sold(part) | 2/3/2016 | K | C | |
| 1160 | | | | | Sold(part) | 2/11/2016 | K | C | |
| 1161 | | | | | Sold | 2/15/2016 | M | E | |
| 1162 - INCYTE CORP | | None | M | T | Sold(part) | 10/6/2016 | L | D | |
| 1163 - INTERNATIONAL BUSINESS MACHINES CORP | C | Dividend | | | Sold | 1/5/2017 | M | E | |
| 1164 - INVESCO LTD | C | Dividend | L | T | Buy | 2/25/2016 | K | | |
| 1165 | | | | | Buy additional | 2/26/2016 | J | | |
| 1166 - IRON MOUNTAIN INCORPORATED | D | Dividend | L | T | Buy additional | 5/3/2016 | K | | |
| 1167 | | | | | Sold(part) | 10/6/2016 | J | A | |
| 1168 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1169 | | | | | Sold | 1/5/2017 | M | E | |
| 1170 - JABIL CIRCUIT INC | A | Dividend | L | T | | | | | |
| 1171 - JACK HENRY & ASSOC INC | B | Dividend | M | T | Sold(part) | 10/6/2016 | K | D | |
| 1172 - JAPAN TOBACCO INC | B | Dividend | K | T | Buy | 2/4/2016 | J | | |
| 1173 | | | | | Buy additional | 2/9/2016 | K | | |
| 1174 - JARDINE MATHESON HLD | C | Dividend | M | T | | | | | |
| 1175 - JCDECAUX SA (Y) | | None | | | Buy | 1/9/2017 | J | | |
| 1176 | | | | | Buy additional | 1/13/2017 | J | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,000 - $100,000          G =$100,001 - $1,000,000          H1 =$1,000,001 - $5,000,000          H2 =More than $5,000,000
2. Value Codes          K =$15,001 - $100,000          L =$50,001 - $100,000
(See Columns C1 and D3)     N =$250,001 - $500,000          O =$500,001 - $1,000,000          P1 =$1,000,001 - $5,000,000          P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000                    P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal          R =Cost (Real Estate Only)          S =Assessment          T =Cash Market
(See Column C2)          U =Book Value          V =Other          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1177 | | | | | Buy additional | 1/16/2017 | J | | |
| 1178 | | | | | Buy additional | 1/17/2017 | J | | |
| 1179 | | | | | Buy additional | 1/18/2017 | J | | |
| 1180 | | | | | Buy additional | 1/31/2017 | J | | |
| 1181   - JOHNSON & JOHNSON | B | Dividend | K | T | Buy | 9/27/2016 | K | | |
| 1182   - JPMORGAN CHASE & CO | C | Dividend | M | T | Buy additional | 1/5/2017 | M | | |
| 1183   - KBC GROEP NV              (Y) | | None | | | Buy | 1/6/2017 | L | | |
| 1184   - KEYENCE CORP | A | Dividend | M | T | Buy additional | 1/6/2017 | M | | |
| 1185   - KINDER MORGAN INC | | None | | | Sold (Part) | 3/17/2016 | K | | |
| 1186 | | | | | Sold | 3/17/2016 | J | | |
| 1187   - L'AIR LIQUIDE (L) | B | Dividend | L | T | Sold(part) | 9/9/2016 | J | | |
| 1188   - LAS VEGAS SANDS CORP | D | Dividend | M | T | Buy additional | 2/1/2016 | J | | |
| 1189 | | | | | Buy additional | 5/6/2016 | K | | |
| 1190 | | | | | Buy additional | 5/9/2016 | J | | |
| 1191 | | | | | Sold(part) | 9/8/2016 | K | | |
| 1192 | | | | | Sold(part) | 10/6/2016 | K | A | |
| 1193 | | | | | Buy additional | 1/5/2017 | L | | |
| 1194 | | | | | Buy additional | 1/24/2017 | K | | |
| 1195 | | | | | Buy additional | 1/24/2017 | J | | |
| 1196 | | | | | Buy additional | 1/25/2017 | K | | |
| 1197   - LI PWR AUTH NY (LIPA) 14C FRN (L 70 65) (MPT) | A | Interest | K | T | Buy | 4/12/2017 | K | | |
| 1198   - LIBERTY GLOBAL PLC CL A | | None | K | T | Sold(part) | 1/20/2016 | K | | |
| 1199 | | | | | Sold(part) | 1/21/2016 | K | | |
| 1200 | | | | | Sold(part) | 8/24/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1201 | | | | | Sold(part) | 8/25/2016 | K | | |
| 1202 | | | | | Sold(part) | 8/26/2016 | J | | |
| 1203 - LIBERTY GLOBAL PLC CL C | | None | K | T | | | | | |
| 1204 - LIBERTY LILAC GROUP CL A (X) | | None | | | Sold (Part) | 7/1/2016 | J | | |
| 1205 | | | | | Sold (Part) | 7/7/2016 | J | | |
| 1206 | | | | | Sold | 7/8/2016 | J | | |
| 1207 - LIBERTY LILAC GROUP CL C (X) | | None | | | Sold (Part) | 7/1/2016 | J | | |
| 1208 | | | | | Sold | 7/7/2016 | J | | |
| 1209 - LILLY ELI & CO | C | Dividend | M | T | Sold(part) | 7/21/2016 | K | | |
| 1210 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1211 - LINK REIT ( REIT) | B | Dividend | K | T | Buy | 8/12/2016 | K | | |
| 1212 - LLOYDS TSB GROUP PLC | C | Dividend | L | T | Sold(part) | 3/29/2016 | J | | |
| 1213 | | | | | Sold(part) | 3/30/2016 | J | | |
| 1214 | | | | | Sold(part) | 3/31/2016 | J | | |
| 1215 | | | | | Buy additional | 8/19/2016 | J | | |
| 1216 | | | | | Buy additional | 8/19/2016 | J | | |
| 1217 | | | | | Buy additional | 8/19/2016 | J | | |
| 1218 | | | | | Sold(part) | 9/22/2016 | K | | |
| 1219 - L'OREAL | C | Dividend | M | T | Sold(part) | 9/9/2016 | K | B | |
| 1220 | | | | | Sold(part) | 10/6/2016 | K | B | |
| 1221 - LVMH MOET HENNESSY VUITTON SE | B | Dividend | M | T | Buy | 5/10/2016 | J | | |
| 1222 | | | | | Buy additional | 5/11/2016 | J | | |
| 1223 | | | | | Buy additional | 5/11/2016 | J | | |
| 1224 | | | | | Buy additional | 5/12/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1225 | | | | | Buy additional | 5/13/2016 | J | | |
| 1226 | | | | | Buy additional | 5/16/2016 | J | | |
| 1227 | | | | | Buy additional | 5/17/2016 | K | | |
| 1228 | | | | | Buy additional | 5/18/2016 | J | | |
| 1229 | | | | | Buy additional | 5/19/2016 | J | | |
| 1230    - LYONDELLBASELL INDUSTRIES NV | C | Dividend | | | Sold | 1/5/2017 | L | | |
| 1231    - MARKS & SPENCER GROUP PLC | C | Dividend | | | Sold | 1/6/2017 | K | | |
| 1232    - MARSH & MCLENNAN COS INC | C | Dividend | M | T | Sold(part) | 10/6/2016 | L | E | |
| 1233 | | | | | Sold(part) | 1/5/2017 | M | F | |
| 1234    - MEDTRONIC PLC | B | Dividend | L | T | Buy additional | 1/22/2016 | J | | |
| 1235 | | | | | Buy additional | 1/25/2016 | J | | |
| 1236 | | | | | Buy additional | 1/25/2016 | J | | |
| 1237 | | | | | Buy additional | 3/10/2016 | J | | |
| 1238 | | | | | Buy additional | 3/11/2016 | J | | |
| 1239 | | | | | Sold(part) | 9/8/2016 | J | A | |
| 1240 | | | | | Sold(part) | 1/31/2017 | J | | |
| 1241 | | | | | Sold(part) | 1/31/2017 | J | | |
| 1242    - MEGGITT PLC | A | Dividend | K | T | | | | | |
| 1243    - MERCURY GENERAL CORP | A | Dividend | | | Sold | 1/5/2017 | M | D | |
| 1244    - MICROSOFT CORP | C | Dividend | M | T | Sold(part) | 5/3/2016 | K | E | |
| 1245 | | | | | Sold(part) | 5/31/2016 | L | E | |
| 1246 | | | | | Sold(part) | 10/6/2016 | L | E | |
| 1247    - MODERN TIMES GROUP B | | None | | | Buy | 1/9/2017 | K | | |
| 1248    - MONDELEZ INTERNATIONAL INC | B | Dividend | L | T | Buy | 2/24/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1249 - MONROE CO NY ROCHESTER GENERAL HOSP 13B 4% 12/1/23 | C | Dividend | M | T | | | | | |
| 1250 - MONROE CO NY UNITY HOSP ROCHESTER FHA SF 5.0% 2/15/17 | D | Dividend | M | T | | | | | |
| 1251 - MONSANTO CO NEW COM | D | Dividend | M | T | Buy additional | 3/15/2016 | K | | |
| 1252 | | | | | Buy additional | 3/16/2016 | J | | |
| 1253 | | | | | Sold(part) | 10/6/2016 | K | D | |
| 1254 - MOODYS CORP | D | Dividend | M | T | Sold(part) | 10/6/2016 | K | | |
| 1255 - MTA NY TRANSRT REV SER 11C 5.0% 11/15/19 | D | Dividend | M | T | | | | | |
| 1256 - MTA NY TRASPORT REV 15A-2 SIFMA+58 FRN SF | C | Dividend | N | T | Buy additional | 1/22/2016 | L | | |
| 1257 - MURATA MANUFACTURING CO LTD | C | Dividend | M | T | | | | | |
| 1258 - NASPERS LIMITED CL N SHS SPON ADR | | None | L | T | Buy | 5/11/2016 | K | | |
| 1259 | | | | | Buy additional | 1/5/2017 | M | | |
| 1260 - NATIONAL GRID PLC | D | Dividend | M | T | Sold(part) | 9/9/2016 | K | A | |
| 1261 | | | | | Sold(part) | 1/6/2017 | L | B | |
| 1262 - NATIONAL GRID PLC - SP ADR | | None | | | Sold | 1/5/2017 | J | B | |
| 1263 - NESTLE SA REG | D | Dividend | N | T | Buy additional | 7/7/2016 | K | | |
| 1264 | | | | | Sold(part) | 10/6/2016 | L | | |
| 1265 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1266 | | | | | Sold(part) | 1/6/2017 | L | | |
| 1267 - NEW YORK CITY GO 5.0% 08/01/18 | D | Dividend | M | T | | | | | |
| 1268 - NEW YORK COMMUNITY BANCORP | C | Dividend | L | T | Buy | 5/17/2016 | J | | |
| 1269 | | | | | Buy additional | 5/18/2016 | J | | |
| 1270 | | | | | Buy additional | 5/20/2016 | J | | |
| 1271 | | | | | Buy additional | 5/23/2016 | J | | |
| 1272 | | | | | Buy additional | 5/23/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**VII. INVESTMENTS and TRUSTS** – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1273 | | | | | Buy additional | 5/24/2016 | J | | |
| 1274 | | | | | Buy additional | 5/26/2016 | J | | |
| 1275 | | | | | Buy additional | 5/27/2016 | J | | |
| 1276 | | | | | Buy additional | 5/31/2016 | J | | |
| 1277 | | | | | Buy additional | 5/31/2016 | J | | |
| 1278 | | | | | Buy additional | 6/1/2016 | J | | |
| 1279 | | | | | Buy additional | 6/2/2016 | J | | |
| 1280 | | | | | Buy additional | 6/3/2016 | J | | |
| 1281 | | | | | Buy additional | 6/6/2016 | J | | |
| 1282    - NEW YORK UNIV REV 16A5.0% 07-01-25 | D | Interest | N | T | Buy | 6/2/2016 | N | | |
| 1283    - NEWELL BRANDS INC          (X) | C | Dividend | M | T | Sold(part) | 10/6/2016 | L | E | |
| 1284 | | | | | Sold(part) | 1/5/2017 | K | E | |
| 1285 | | | | | Sold(part) | 1/24/2017 | K | D | |
| 1286 | | | | | Sold(part) | 1/25/2017 | K | D | |
| 1287    - NEWELL RUBBERMAID INC          (Y) | | None | | | Buy additional | 1/7/2016 | K | | |
| 1288 | | | | | Buy additional | 1/8/2016 | J | | |
| 1289    - NIELSEN HOLDINGS PLC          (X) | C | Dividend | L | T | Sold(part) | 1/7/2016 | M | E | |
| 1290 | | | | | Sold(part) | 1/7/2016 | K | D | |
| 1291 | | | | | Sold(part) | 1/7/2016 | J | B | |
| 1292 | | | | | Sold(part) | 1/8/2016 | L | E | |
| 1293 | | | | | Sold(part) | 10/6/2016 | K | E | |
| 1294    - NIELSEN HOLDINGS PLC (FORMERLY          (Y) NIELSEN NV US$) | | None | | | | | | | |
| 1295    - NORFOLK SOUTHERN CORP | C | Dividend | M | T | Sold(part) | 1/5/2017 | K | E | |
| 1296 | | | | | Sold(part) | 1/19/2017 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1297 - NORWEGIAN CRUISE LINE HOLDINGS LTD (Y) | | None | | | Buy | 1/5/2017 | M | | |
| 1298 - NOVARTIS AG NAMEN | B | Dividend | L | T | Sold(part) | 6/20/2016 | L | | |
| 1299 | | | | | Sold(part) | 8/19/2016 | K | D | |
| 1300 | | | | | Sold(part) | 1/6/2017 | L | D | |
| 1301 - NOVO NORDISK A/S CL B (Y) | D | Dividend | M | T | Buy additional | 5/4/2016 | K | | |
| 1302 | | | | | Buy additional | 6/20/2016 | K | | |
| 1303 | | | | | Sold(part) | 9/9/2016 | K | | |
| 1304 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1305 - NTT DOCOMO | B | Dividend | L | T | | | | | |
| 1306 - NUCOR CORP | B | Dividend | L | T | Sold(part) | 1/5/2017 | L | D | |
| 1307 - NY DORM AUTH MIRIAM OSBORN 2.75% 07/01/19 | D | Interest | N | T | | | | | |
| 1308 - NY DORM AUTH ST JOHNS UNIV 12A 5% 7/1/18 | D | Interest | M | T | | | | | |
| 1309 - NY DORM LONG ISLAND 11A 4/00% 05/01/18 | D | Interest | M | T | | | | | |
| 1310 - NY DORM MEMORIAL SLOAN KETTERING 12-1 5.0% 7-01-21 | D | Interest | M | T | | | | | |
| 1311 - NY ST DORM AUTH 11A 5.0% 10/01/18 | D | Interest | M | T | | | | | |
| 1312 - NY ST DORM AUTH PIT 16D 5.0% 02-15-26 | D | Interest | M | T | Buy | 10/7/2016 | M | | |
| 1313 - NY ST DORM AUTH REVENUES ST SER A 5.0% 07/01/2021 | D | Interest | M | T | | | | | |
| 1314 - NY ST DORM AUTH SCH DIST 13C 5.0% 10-01-22 | D | Interest | N | T | | | | | |
| 1315 - NY ST DORM AUTH SCH DIST 15F BAM ST AID | D | Interest | N | T | | | | | |
| 1316 - NY ST DORM AUTH SCH DIST ST AID 16A 5.0% | D | Interest | M | T | Buy | 5/27/2016 | N | | |
| 1317 - NY ST DORM NYU HOSPS CTR REV 5.0% 07-01-26 | D | Interest | M | T | Buy | 5/12/2016 | M | | |
| 1318 - NY ST HOMEOWNER MTG PAC (75-400) 5YR PSA 3.5% 10-01-44 | C | Interest | M | T | Buy | 7/21/2016 | M | | |
| 1319 - NY ST HOMEOWNER MTG SER 178 SF 3.5% 10-01-43 | D | Interest | M | T | Sold(part) | 1/19/2017 | K | | |
| 1320 - NY ST HSG PIT REV 5.0% 09/15/2025 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1321 - NY ST PWR AUTH 15A 5.0% 11-15-20 | D | Interest | M | T | | | | | |
| 1322 - NY ST THRUWAY (2ND BRIDGE & HWY) 5.0% 04/01/2022 | D | Interest | M | T | | | | | |
| 1323 - NY ST THRUWAY GEN REV JR OB TAPPAN ZEE 13A 5.0% 5-01-19 | D | Interest | N | T | | | | | |
| 1324 - NY ST TWY AUTH 16A 5.0% 01-01-25 | D | Interest | M | T | Buy | 5/5/2016 | M | | |
| 1325 - NY ST UDC PIT REV 16A 5.0% 03-15-23 | D | Interest | M | T | Buy | 5/9/2016 | N | | |
| 1326 - NY TOBACCO SETTLE CORP 11a 5.0% 06/01/17 | D | Interest | M | T | | | | | |
| 1327 - NYC LIBERTY ONE BRYANT PARK CL3 SF 6.375% 07-15-49 | D | Interest | M | T | | | | | |
| 1328 - NYC TFA FUT TAX SEC SUB 13H5.0% 11-01-22 | D | Interest | N | T | Buy | 6/2/2016 | N | | |
| 1329 - NYC TR FOR CULT JULLIARD SCH 12B (MPT) VAR 01-01-36/08-01-17 | C | Interest | M | T | | | | | |
| 1330 - OCCIDENTAL PETROLEUM CORP | D | Dividend | M | T | Buy additional | 6/13/2016 | K | | |
| 1331 | | | | | Buy additional | 6/14/2016 | J | | |
| 1332 | | | | | Buy additional | 6/23/2016 | J | | |
| 1333 | | | | | Buy additional | 6/24/2016 | K | | |
| 1334 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1335 | | | | | Buy additional | 1/5/2017 | K | | |
| 1336 - ONONDAGA NY COMTY CLG HSG DEV 5.0% | B | Interest | L | T | | | | | |
| 1337 - ORACLE CORP (Y) | | None | | | Sold(part) | 1/5/2016 | K | D | |
| 1338 - ORACLE CORP JAPAN | A | Dividend | K | T | | | | | |
| 1339 - PACWEST BANCORP | D | Dividend | M | T | Sold(part) | 9/8/2016 | J | | |
| 1340 | | | | | Sold(part) | 10/6/2016 | J | | |
| 1341 | | | | | Sold(part) | 1/5/2017 | M | E | |
| 1342 - PANERA BREAD CO CL A | | NONE | K | T | | | | | |
| 1343 - PAYCHEX INC | D | Dividend | | | Sold(part) | 9/8/2016 | K | D | |
| 1344 | | | | | Sold | 1/5/2017 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1345    - PERNOD RICARD SA | C | Dividend | M | T | Sold(part) | 5/4/2016 | K | | |
| 1346 | | | | | Sold(part) | 5/4/2016 | K | | |
| 1347 | | | | | Buy additional | 1/6/2017 | K | | |
| 1348    - PFIZER INC | C | Dividend | M | T | Sold(part) | 9/8/2016 | K | B | |
| 1349 | | | | | Sold(part) | 10/6/2016 | K | A | |
| 1350 | | | | | Sold(part) | 1/5/2017 | M | D | |
| 1351    - PHILIP MORRIS INTERNATIONAL          (X) | D | Dividend | M | T | Sold (Part) | 10/6/2016 | J | | |
| 1352 | | | | | Sold (Part) | 10/6/2016 | K | C | |
| 1353 | | | | | Sold (Part) | 1/5/2017 | L | E | |
| 1354    - PNC FINANCIAL SERVICES GROUP INC | B | Dividend | M | T | Sold(part) | 6/13/2016 | K | | |
| 1355 | | | | | Sold(part) | 8/3/2016 | J | | |
| 1356 | | | | | Sold(part) | 9/8/2016 | J | | |
| 1357    - PORT AUTH NY/NJ SER 163 5.0% 07/15/21 | E | Interest | N | T | | | | | |
| 1358    - PORT AUTH NY/NJ SER184 4.0% 09-01-20 | C | Dividend | M | T | | | | | |
| 1359    - PRAXAIR INC | C | Dividend | L | T | | | | | |
| 1360    - PROCTER & GAMBLE CO | D | Dividend | M | T | Sold(part) | 10/6/2016 | K | B | |
| 1361 | | | | | Sold(part) | 1/5/2017 | M | | |
| 1362    - PRUDENTIAL PLC | B | Dividend | L | T | Sold (Part) | 6/15/2016 | J | | |
| 1363 | | | | | Sold (Part) | 6/16/2016 | J | | |
| 1364 | | | | | Sold | 6/17/2016 | J | | |
| 1365 | | | | | Buy | 8/4/2016 | K | | |
| 1366    - RIO TINTO PLC REG | B | Dividend | L | T | | | | | |
| 1367    - ROCHE HOLDING AG GENUSSCHEIN | D | Dividend | N | T | Buy additional | 1/20/2016 | K | | |
| 1368 | | | | | Buy additional | 6/14/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1369 | | | | | Buy additional | 6/21/2016 | K | | |
| 1370 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1371 - ROYAL CARIBBEAN CRUISES | D | Dividend | M | T | Sold(part) | 6/17/2016 | K | D | |
| 1372 | | | | | Buy additional | 9/29/2016 | K | | |
| 1373 - ROYAL DUTCH SHELL CL B ADR | D | Dividend | M | T | Buy | 3/18/2016 | K | | |
| 1374 | | | | | Buy additional | 3/18/2016 | L | | |
| 1375 | | | | | Buy additional | 6/13/2016 | K | | |
| 1376 | | | | | Buy additional | 1/5/2017 | L | | |
| 1377 - SAFRAN SA | D | Dividend | N | T | Sold(part) | 9/9/2016 | K | B | |
| 1378 | | | | | Sold(part) | 10/6/2016 | K | C | |
| 1379 - SAMPO OYJ A SHS | D | Dividend | N | T | Sold(part) | 7/18/2016 | J | | |
| 1380 | | | | | Sold(part) | 7/19/2016 | J | | |
| 1381 | | | | | Sold(part) | 7/20/2016 | J | | |
| 1382 | | | | | Sold(part) | 7/20/2016 | J | B | |
| 1383 | | | | | Sold(part) | 7/21/2016 | J | B | |
| 1384 | | | | | Sold(part) | 7/22/2016 | J | A | |
| 1385 | | | | | Sold(part) | 7/26/2016 | J | A | |
| 1386 | | | | | Sold(part) | 10/6/2016 | L | E | |
| 1387 | | | | | Sold(part) | 1/9/2017 | M | F | |
| 1388 - SAMSONITE INTERNATIONAL SA | B | Dividend | L | T | Buy additional | 3/16/2016 | J | | |
| 1389 | | | | | Buy additional | 3/22/2016 | J | | |
| 1390 | | | | | Buy additional | 3/24/2016 | J | | |
| 1391 | | | | | Buy additional | 3/30/2016 | J | | |
| 1392 - SAP SE | B | Dividend | M | T | Buy | 7/28/2016 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1393 | | | | | Buy additional | 7/29/2016 | J | | |
| 1394 | | | | | Buy additional | 7/29/2016 | J | | |
| 1395 | | | | | Buy additional | 7/29/2016 | J | | |
| 1396 | | | | | Buy additional | 7/29/2016 | K | | |
| 1397 | | | | | Buy additional | 8/1/2016 | K | | |
| 1398    - SCHLUMBERGER LTD | C | Dividend | M | T | | | | | |
| 1399    - SCOTTISH & SOUTHERN ENERGY | D | Dividend | M | T | | | | | |
| 1400    - SCRIPPS NETWORKS INTERACTIVE | A | Dividend | L | T | Sold(part) | 1/8/2016 | J | B | |
| 1401 | | | | | Sold(part) | 1/8/2016 | K | D | |
| 1402 | | | | | Sold(part) | 1/8/2016 | K | B | |
| 1403    - SEMPRA ENERGY | C | Dividend | M | T | Buy additional | 3/10/2016 | J | | |
| 1404 | | | | | Buy additional | 3/11/2016 | J | | |
| 1405 | | | | | Sold(part) | 10/6/2016 | K | B | |
| 1406    - SES FDR CL A (PARIS) | C | Dividend | L | T | Buy additional | 6/30/2016 | K | | |
| 1407 | | | | | Buy additional | 7/14/2016 | J | | |
| 1408 | | | | | Buy additional | 7/20/2016 | J | | |
| 1409 | | | | | Buy additional | 7/26/2016 | J | | |
| 1410 | | | | | Sold(part) | 9/9/2016 | K | A | |
| 1411    - SEVEN & I HOLDING CO LTD                (Y) | | NONE | | | Buy | 1/6/2017 | M | | |
| 1412    - SHISEIDO CO                (Y) | | NONE | | | Buy | 1/6/2017 | M | | |
| 1413    - SIEMENS AG ADR                (Y) | | NONE | | | | | | | |
| 1414    - SIEMENS AG NAMEN | C | Dividend | M | T | Sold(part) | 1/6/2017 | M | C | |
| 1415    - SINGAPORE TELECOMM | D | Dividend | M | T | Buy additional | 5/4/2016 | K | | |
| 1416 | | | | | Buy additional | 5/9/2016 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1417 | | | | | Sold(part) | 9/9/2016 | K | | |
| 1418 | | | | | Sold(part) | 10/6/2016 | K | B | |
| 1419 | | | | | Buy additional | 1/6/2017 | L | | |
| 1420    - SIRIUS XM HOLDINGS INC | A | Dividend | | | Sold(part) | 6/15/2016 | K | C | |
| 1421 | | | | | Sold | 1/5/2017 | L | E | |
| 1422    - SMC CORP | B | Dividend | M | T | Sold(part) | 10/6/2016 | L | E | |
| 1423    - SOFTBANK CORP | A | Dividend | M | T | Sold(part) | 6/20/2016 | K | | |
| 1424 | | | | | Buy additional | 1/6/2017 | M | | |
| 1425    - SSGA US GOV MONEY MARKET FUND        (Y) | | None | | | | | | | |
| 1426    - STATE STREET INSTITUTIONAL US        (X) GOVERNMENT MONEY MARKET FUND | | None | N | T | | | | | |
| 1427    - ST JUDE MEDICAL | | None | | | Sold (Part) | 3/15/2016 | J | | |
| 1428 | | | | | Sold (Part) | 3/15/2016 | J | | |
| 1429 | | | | | Sold (Part) | 3/16/2016 | J | | |
| 1430 | | | | | Sold (Part) | 3/16/2016 | J | | |
| 1431 | | | | | Sold (Part) | 3/17/2016 | J | | |
| 1432 | | | | | Sold | 3/17/2016 | J | | |
| 1433    - STARBUCKS CORP | C | Dividend | M | T | Sold(part) | 5/3/2016 | K | E | |
| 1434 | | | | | Sold(part) | 10/6/2016 | K | D | |
| 1435    - SVENSKA HANDELSBANKEN AB CL | D | Dividend | | | Sold | 1/9/2017 | L | | |
| 1436    - SYDNEY AIRPORT STAPLED SECURITY | C | Dividend | L | T | | | | | |
| 1437    - SYSMEX CORP | A | Dividend | K | T | | | | | |
| 1438    - TAIWAN SEMICONDUCTOR SPONS ADR | D | Dividend | M | T | Buy additional | 1/5/2017 | M | | |
| 1439 | | | | | Sold(part) | 10/6/2016 | K | D | |
| 1440    - TATE & LYLE PLC | C | Dividend | | | Sold(part) | 9/9/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1441 | | | | | Sold | 1/6/2017 | M | | |
| 1442 - TEMPUR SEALY INTERNATIONAL INC | | None | L | T | Buy | 6/2/2016 | J | | |
| 1443 | | | | | Buy additional | 6/3/2016 | K | | |
| 1444 - TEXAS INSTRUMENTS INC | D | Dividend | M | T | Sold(part) | 10/6/2016 | K | E | |
| 1445 - TOTAL SA (FR) | D | Dividend | M | T | Sold(part) | 1/22/2016 | J | | |
| 1446 | | | | | Sold(part) | 4/21/2016 | J | | |
| 1447 | | | | | Sold(part) | 6/15/2016 | K | | |
| 1448 | | | | | Sold(part) | 6/15/2016 | J | | |
| 1449 | | | | | Sold(part) | 7/5/2016 | J | | |
| 1450 | | | | | Sold(part) | 9/9/2016 | J | | |
| 1451 | | | | | Sold(part) | 10/28/2016 | J | | |
| 1452 | | | | | Sold(part) | 1/25/2017 | J | | |
| 1453 - TOTAL SA COUPON RIGHTS EXP | | None | | | Sold (Part) | 1/6/2016 | J | A | |
| 1454 | | | | | Sold (Part) | 1/6/2016 | J | A | |
| 1455 | | | | | Sold (Part) | 4/1/2016 | J | A | |
| 1456 | | | | | Sold (Part) | 4/1/2016 | J | A | |
| 1457 | | | | | Sold (Part) | 6/15/2016 | J | A | |
| 1458 | | | | | Sold (Part) | 6/15/2016 | J | A | |
| 1459 | | | | | Sold (Part) | 10/6/2016 | J | A | |
| 1460 | | | | | Sold (Part) | 10/6/2016 | J | A | |
| 1461 | | | | | Sold (Part) | 1/4/2017 | J | A | |
| 1462 | | | | | Sold | 1/4/2017 | J | A | |
| 1463 - TOWER WATSON & COMPANY CL A | | None | | | Sold | 1/5/2016 | L | D | |
| 1464 - TRANSDIGM GROUP INC | | None | L | T | Buy | 1/22/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1465 | | | | | Buy additional | 1/25/2016 | J | | |
| 1466 - TREND MICRO INC | | None | | | Sold (Part) | 6/15/2016 | K | C | |
| 1467 | | | | | Sold | 6/16/2016 | J | B | |
| 1468 - UBS GROUP AG | B | Dividend | L | T | | | | | |
| 1469 - UNILEVER PLC | D | Dividend | N | T | Sold(part) | 9/9/2016 | K | B | |
| 1470 | | | | | Sold(part) | 10/6/2016 | L | C | |
| 1471 | | | | | Sold(part) | 1/6/2017 | M | | |
| 1472 - UNILEVER PLC ADR AMER SHS SPON | | None | | | Sold | 9/27/2016 | K | B | |
| 1473 - UNITED TECHNOLOGIES CORP | | None | | | Sold (Part) | 1/6/2016 | K | | |
| 1474 | | | | | Sold | 1/6/2016 | J | A | |
| 1475 - UNITEDHEALTH GROUP INC | A | Dividend | K | T | Buy | 9/30/2016 | K | | |
| 1476 - VERISIGN INC | | None | K | T | Sold(part) | 6/2/2016 | K | D | |
| 1477 | | | | | Sold(part) | 7/14/2016 | J | C | |
| 1478 | | | | | Sold(part) | 7/15/2016 | J | C | |
| 1479 | | | | | Sold(part) | 7/19/2016 | J | C | |
| 1480 | | | | | Sold(part) | 7/22/2016 | J | C | |
| 1481 | | | | | Sold(part) | 8/24/2016 | J | D | |
| 1482 | | | | | Sold(part) | 8/25/2016 | J | B | |
| 1483 - VERIZON COMMUNICATIONS | D | Dividend | M | T | Sold(part) | 10/6/2016 | K | | |
| 1484 | | | | | Sold(part) | 1/5/2017 | M | D | |
| 1485 - VIACOM INC CLASS B | C | Dividend | | | Sold (Part) | 9/23/2016 | K | | |
| 1486 | | | | | Sold (Part) | 9/26/2016 | K | | |
| 1487 | | | | | Sold | 9/26/2016 | K | | |
| 1488 - VISA INC CL A | C | Dividend | N | T | Buy additional | 8/16/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1489 | | | | | Buy additional | 8/16/2016 | J | | |
| 1490 | | | | | Buy additional | 8/17/2016 | J | | |
| 1491 | | | | | Buy additional | 8/18/2016 | K | | |
| 1492 | | | | | Buy additional | 8/19/2016 | J | | |
| 1493 | | | | | Sold(part) | 1/5/2017 | K | | |
| 1494 | | | | | Sold(part) | 1/5/2017 | K | B | |
| 1495  - VODAFONE GROUP PLC | D | Dividend | L | T | Buy additional | 1/7/2016 | K | | |
| 1496 | | | | | Sold(part) | 10/6/2016 | K | | |
| 1497  - VTECH HOLDINGS LTD | B | Dividend | L | T | | | | | |
| 1498  - WASTE CONNECTIONS INC | A | Dividend | L | T | Buy | 7/28/2016 | K | | |
| 1499 | | | | | Buy additional | 7/28/2016 | J | | |
| 1500 | | | | | Buy additional | 7/29/2016 | K | | |
| 1501  - WASTE MANAGEMENT INC | B | Dividend | L | T | | | | | |
| 1502  - WELLS FARGO & CO (NEW) | C | Dividend | M | T | Sold(part) | 8/3/2016 | K | | |
| 1503 | | | | | Sold(part) | 9/13/2016 | K | | |
| 1504 | | | | | Sold(part) | 9/13/2016 | J | | |
| 1505 | | | | | Sold(part) | 1/5/2017 | K | B | |
| 1506  - WILLIS TOWERS WATSON PLC          (X) | | None | | | Sold (Part) | 1/19/2016 | K | | |
| 1507 | | | | | Sold (Part) | 1/20/2016 | K | | |
| 1508 | | | | | Sold (Part) | 3/28/2016 | K | | |
| 1509 | | | | | Sold | 3/29/2016 | J | | |
| 1510  - WYNN MACAU LTD | | None | J | T | Sold(part) | 9/30/2016 | J | | |
| 1511 | | | | | Sold(part) | 10/3/2016 | J | | |
| 1512 | | | | | Sold(part) | 10/4/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

**VII. INVESTMENTS and TRUSTS** – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1513 | | | | | Sold(part) | 1/6/2017 | J | | |
| 1514   - XILINX INC | D | Dividend | N | T | Buy additional | 1/12/2016 | K | | |
| 1515 | | | | | Sold(part) | 9/8/2016 | K | D | |
| 1516 | | | | | Sold(part) | 1/5/2017 | M | E | |
| 1517 | | | | | Sold(part) | 1/24/2017 | K | D | |
| 1518 | | | | | Sold(part) | 1/24/2017 | K | C | |
| 1519   - YUM BRANDS INC | C | Dividend | M | T | Buy additional | 3/10/2016 | K | | |
| 1520 | | | | | Buy additional | 3/11/2016 | J | | |
| 1521 | | | | | Sold(part) | 10/6/2016 | K | A | |
| 1522 | | | | | Sold(part) | 1/31/2017 | K | C | |
| 1523 | | | | | Sold(part) | 1/31/2017 | J | B | |
| 1524 | | | | | Sold(part) | 1/31/2017 | K | C | |
| 1525   - YUM CHINA HOLDINGS INC | | None | L | T | | | | | |
| 1526   - ZODIAC AEROSPACE | B | Dividend | L | T | Sold(part) | 1/6/2017 | L | | |
| 1527   -CAPITAL INTL PV EQUITY FUND, V LP | E | Int./Div. | N | U | | | | | |
| 1528   Family Trust #35- List of Assets | | | | | | | | | |
| 1529   - 3M COMPANY | | None | | | Sold (Part) | 01/22/2016 | J | C | |
| 1530 | | | | | Sold (Part) | 01/25/2016 | J | D | |
| 1531 | | | | | Sold (Part) | 01/26/2016 | J | B | |
| 1532 | | | | | Sold | 01/29/2016 | K | D | |
| 1533   - AA PLC | A | Dividend | K | T | | | | | |
| 1534   - ABBVIE INC | | None | | | Sold | 01/13/2016 | K | C | |
| 1535   - ABERDEEN ASSET MGMT PLC | C | Dividend | | | Sold | 12/21/2016 | L | | |
| 1536   - ABN AMRO GROUP NV CVA GDR | | None | K | T | Buy | 3/11/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1537 | | | | | Buy additional | 3/14/2016 | J | | |
| 1538 | | | | | Buy additional | 3/15/2016 | J | | |
| 1539 | | | | | Buy additional | 3/16/2016 | J | | |
| 1540 | | | | | Buy additional | 3/22/2016 | J | | |
| 1541 | | | | | Buy additional | 3/23/2016 | J | | |
| 1542  - ACCENTURE PLC US$ | A | Dividend | K | T | | | | | |
| 1543  - ACE LTD (Y) | | None | | | | | | | |
| 1544  - ACTIVISION BLIZZARD INC | A | Dividend | K | T | Buy | 2/11/2016 | K | | |
| 1545 | | | | | Buy additional | 5/20/2016 | K | | |
| 1546 | | | | | Buy additional | 5/23/2016 | J | | |
| 1547  - ADVANCED AUTO PARTS INC | A | Dividend | K | T | Buy | 7/26/2016 | K | | |
| 1548 | | | | | Buy additional | 7/27/2016 | J | | |
| 1549  - AES CORP COM | C | Dividend | L | T | Buy | 12/20/2016 | L | | |
| 1550  - AETNA INC | A | Dividend | K | T | Buy | 1/29/2016 | K | | |
| 1551 | | | | | Buy additional | 2/1/2016 | K | | |
| 1552 | | | | | Sold (Part) | 03/08/2017 | K | D | |
| 1553  - AIA GROUP LTD | D | Dividend | N | T | Buy additional | 12/21/2016 | M | | |
| 1554  - AIRBUS GROUP SE | B | Dividend | M | T | Buy additional | 12/21/2016 | L | | |
| 1555 | | | | | Buy additional | 1/3/2017 | J | | |
| 1556 | | | | | Buy additional | 1/3/2017 | J | | |
| 1557 | | | | | Buy additional | 1/3/2017 | J | | |
| 1558 | | | | | Buy additional | 1/4/2017 | J | | |
| 1559 | | | | | Buy additional | 1/5/2017 | J | | |
| 1560 | | | | | Buy additional | 1/5/2017 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1561 | | | | | Buy additional | 1/9/2017 | J | | |
| 1562 | | | | | Buy additional | 1/12/2017 | J | | |
| 1563 | | | | | Buy additional | 1/12/2017 | J | | |
| 1564    - AJINOMOTO CO INC | | None | | | Sold (Part) | 01/06/2016 | K | E | |
| 1565 | | | | | Sold | 01/07/2016 | J | C | |
| 1566    - ALPHABET INC CL A | | None | L | T | Buy | 12/20/2016 | L | | |
| 1567    - ALPHABET INC CL C | | None | L | T | Sold(part) | 6/3/2016 | L | E | |
| 1568    - AMADEUS IT HOLDING SA A (BEARER) | B | Dividend | L | T | Buy additional | 2/1/2016 | J | | |
| 1569 | | | | | Buy additional | 2/1/2016 | J | | |
| 1570 | | | | | Buy additional | 2/2/2016 | J | | |
| 1571 | | | | | Buy additional | 4/7/2016 | K | | |
| 1572    - AMAZON.COM INC | | None | M | T | Buy | 6/3/2016 | K | | |
| 1573 | | | | | Buy additional | 8/12/2016 | K | | |
| 1574 | | | | | Buy additional | 8/25/2016 | L | | |
| 1575 | | | | | Buy additional | 9/26/2016 | K | | |
| 1576 | | | | | Buy additional | 12/20/2016 | L | | |
| 1577    - AMERICAN TOWER CORP | C | Dividend | M | T | | | | | |
| 1578    - AMERISOURCEBERGEN CORP | A | Dividend | | | Sold | 12/20/2016 | K | A | |
| 1579    - ANALOG DEVICES INC | A | Dividend | K | T | Buy | 3/21/2016 | J | | |
| 1580 | | | | | Buy additional | 3/23/2016 | J | | |
| 1581 | | | | | Buy additional | 4/8/2016 | J | | |
| 1582 | | | | | Buy additional | 4/22/2016 | J | | |
| 1583    - AON PLC | A | Dividend | L | T | | | | | |
| 1584    - APPLE INC | C | Dividend | M | T | Buy additional | 9/13/2016 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1585    - ARM HOLDINGS PLC | | None | | | Buy | 7/15/2016 | J | | |
| 1586 | | | | | Sold | 7/29/2016 | J | B | |
| 1587    - ASAHI KASEI CORP | B | Dividend | M | T | Buy | 6/17/2016 | K | | |
| 1588 | | | | | Buy additional | 6/20/2016 | K | | |
| 1589 | | | | | Buy additional | 12/21/2016 | L | | |
| 1590    - ASML HOLDING NV | C | Dividend | N | T | Buy additional | 12/21/2016 | L | | |
| 1591    - ASSA ABLOY AB B | B | Dividend | M | T | | | | | |
| 1592    - ASTRAZENECA PLC | D | Dividend | M | T | Sold(part) | 12/21/2016 | K | | |
| 1593    - AUTOMATIC DATA PROCESSING INC | A | Dividend | K | T | Sold | 12/20/2016 | L | E | |
| 1594    - AVAGO TECHNOLOGIES LTD          (Y) | | None | | | | | | | |
| 1595    - BAE SYSTEMS PLC | C | Dividend | | | Sold | 12/21/2016 | L | | |
| 1596    - BANK OF NEW YORK MELLON CORP | B | Dividend | L | T | Buy | 7/28/2016 | K | | |
| 1597 | | | | | Buy additional | 7/29/2016 | K | | |
| 1598    - BAYER AG | | None | | | Sold | 02/01/2016 | K | E | |
| 1599    - BCA MARKETPLACE PLC | B | Dividend | K | T | | | | | |
| 1600    - BMW AG | B | Dividend | | | Sold | 9/14/2016 | K | A | |
| 1601    - BNP PARIBAS | D | Dividend | M | T | Sold(part) | 02/03/2016 | J | | |
| 1602 | | | | | Sold(part) | 02/03/2016 | K | | |
| 1603 | | | | | Buy additional | 3/17/2016 | J | | |
| 1604 | | | | | Buy additional | 3/24/2016 | K | | |
| 1605 | | | | | Buy additional | 4/1/2016 | J | | |
| 1606 | | | | | Buy additional | 4/5/2016 | J | | |
| 1607 | | | | | Buy additional | 4/5/2016 | K | | |
| 1608 | | | | | Buy additional | 4/6/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ None (_No reportable income, assets, or transactions._)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1609 | | | | | Buy additional | 4/7/2016 | J | | |
| 1610 | | | | | Buy additional | 4/8/2016 | J | | |
| 1611 | | | | | Buy additional | 4/11/2016 | J | | |
| 1612 | | | | | Buy additional | 9/14/2016 | K | | |
| 1613 | | | | | Buy additional | 12/21/2016 | L | | |
| 1614  - BOEING CO | C | Dividend | L | T | Sold(part) | 12/20/2016 | K | D | |
| 1615 | | | | | Sold(part) | 03/10/2016 | K | D | |
| 1616  - BRENNTAG AG | A | Dividend | K | T | Buy | 8/16/2016 | J | | |
| 1617 | | | | | Buy additional | 8/17/2016 | K | | |
| 1618  - BRISTOL-MYERS SQUIBB CO | | None | | | Sold (Part) | 01/07/2016 | J | C | |
| 1619 | | | | | Sold (Part) | 02/17/2016 | J | C | |
| 1620 | | | | | Sold | 03/02/2016 | J | D | |
| 1621  - BRITISH AMERICAN TOBACCO PLC | B | Dividend | L | T | Buy additional | 2/3/2016 | L | | |
| 1622 | | | | | Buy additional | 1/31/2017 | J | | |
| 1623  - BROADCOM CORP | C | Dividend | M | T | Sold (Part) | 01/12/2016 | J | D | |
| 1624 | | | | | Sold (Part) | 01/12/2016 | K | D | |
| 1625 | | | | | Sold(part) | 02/02/2016 | J | A | |
| 1626 | | | | | Buy additional | 12/20/2016 | K | | |
| 1627  - BURBERRY GROUP PLC | A | Dividend | | | Buy | 1/8/2016 | K | | |
| 1628 | | | | | Buy additional | 1/11/2016 | J | | |
| 1629 | | | | | Sold(part) | 6/29/2016 | K | | |
| 1630 | | | | | Sold (Part) | 7/12/2016 | J | A | |
| 1631 | | | | | Sold (Part) | 7/13/2016 | J | A | |
| 1632 | | | | | Sold (Part) | 7/13/2016 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1633 | | | | | Sold (Part) | 7/13/2016 | J | A | |
| 1634 | | | | | Sold (Part) | 7/13/2016 | J | A | |
| 1635 | | | | | Sold | 7/14/2016 | J | A | |
| 1636   - C H ROBINSON WORLDWIDE INC | | None | K | T | Buy | 1/26/2017 | J | | |
| 1637 | | | | | Buy additional | 1/27/2017 | K | | |
| 1638 | | | | | Buy additional | 1/30/2017 | J | | |
| 1639   - CAIXABANK SA | | None | | | Sold (Part) | 02/04/2016 | J | | |
| 1640 | | | | | Sold (Part) | 02/04/2016 | J | | |
| 1641 | | | | | Sold (Part) | 02/05/2016 | J | | |
| 1642 | | | | | Sold (Part) | 02/05/2016 | J | | |
| 1643 | | | | | Sold (Part) | 03/10/2016 | J | | |
| 1644 | | | | | Sold (Part) | 03/10/2016 | K | | |
| 1645 | | | | | Sold (Part) | 4/7/2016 | J | | |
| 1646 | | | | | Sold | 4/8/2016 | J | A | |
| 1647   - CALIFORNIA RESOURCES CORPORATION   (X) | | None | | | Sold(part) | 3/24/2016 | J | A | |
| 1648 | | | | | Sold | 03/29/2016 | J | A | |
| 1649   - CANADIAN NATIONAL RAILWAY CO US$ | A | Dividend | K | T | Buy | 1/8/2016 | K | | |
| 1650 | | | | | Buy additional | 1/11/2016 | J | | |
| 1651   - CARLSBERG A/S B | B | Dividend | M | T | Buy additional | 1/6/2016 | J | | |
| 1652 | | | | | Buy additional | 1/6/2016 | J | | |
| 1653 | | | | | Buy additional | 1/7/2016 | J | | |
| 1654 | | | | | Buy additional | 1/8/2016 | J | | |
| 1655 | | | | | Buy additional | 2/1/2016 | K | | |
| 1656 | | | | | Buy additional | 2/1/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1657 | | | | | Buy additional | 2/1/2016 | K | | |
| 1658 | | | | | Buy additional | 3/22/2016 | J | | |
| 1659 | | | | | Buy additional | 3/29/2016 | J | | |
| 1660 | | | | | Buy additional | 3/31/2016 | J | | |
| 1661 | | | | | Buy additional | 4/1/2016 | J | | |
| 1662 | | | | | Buy additional | 8/5/2016 | K | | |
| 1663    - CATERPILLAR INC | | None | | | Sold | 03/17/2016 | K | | |
| 1664    - CERNER CORP | | None | M | T | Buy additional | 3/22/2016 | K | | |
| 1665 | | | | | Buy additional | 3/22/2016 | J | | |
| 1666 | | | | | Buy additional | 3/23/2016 | K | | |
| 1667 | | | | | Buy additional | 12/20/2016 | L | | |
| 1668    - CHARTER COMMUNICATIONS INC CL A | | None | L | T | Buy additional | 1/20/2016 | K | | |
| 1669 | | | | | Sold (Part) | 5/18/2016 | J | A | |
| 1670    - CHEVRON CORP | D | Dividend | M | T | Buy additional | 6/15/2016 | J | | |
| 1671 | | | | | Buy additional | 6/15/2016 | L | | |
| 1672 | | | | | Sold(part) | 12/20/2016 | K | A | |
| 1673    - CHINA EVERBRIGHT INTERNATIONAL LIMITED | B | Dividend | | | Sold (Part) | 02/03/2016 | J | | |
| 1674 | | | | | Sold (Part) | 02/04/2016 | J | | |
| 1675 | | | | | Sold (Part) | 02/15/2016 | J | | |
| 1676 | | | | | Sold (Part) | 02/15/2016 | J | | |
| 1677 | | | | | Sold | 02/16/2016 | J | | |
| 1678 | | | | | Buy additional | 3/22/2016 | J | | |
| 1679 | | | | | Buy additional | 3/23/2016 | J | | |
| 1680 | | | | | Buy additional | 3/24/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1681 | | | | | Buy additional | 3/31/2016 | J | | |
| 1682 | | | | | Buy additional | 4/5/2016 | J | | |
| 1683 | | | | | Buy additional | 4/7/2016 | J | | |
| 1684 | | | | | Sold (Part) | 7/11/2016 | J | | |
| 1685 | | | | | Sold (Part) | 7/12/2016 | J | | |
| 1686 | | | | | Sold (Part) | 7/13/2016 | K | | |
| 1687 | | | | | Sold (Part) | 7/15/2016 | J | | |
| 1688 | | | | | Sold | 12/21/2016 | L | | |
| 1689    - CHUBB LTD                       (X) | B | Dividend | L | T | | | | | |
| 1690    - CIE FINANCIERE RICHEMON REG      (X) | | None | | | Sold (Part) | 5/10/2016 | K | C | |
| 1691 | | | | | Sold | 5/11/2016 | K | D | |
| 1692    - CME GROUP INC | C | Dividend | M | T | | | | | |
| 1693    - COCA-COLA CO | B | Dividend | K | T | Buy additional | 1/7/2016 | K | | |
| 1694 | | | | | Buy additional | 6/13/2016 | K | | |
| 1695 | | | | | Sold(part) | 12/20/2016 | K | | |
| 1696 | | | | | Sold(part) | 12/20/2016 | K | | |
| 1697    - COMCAST CORP CL A (NEW) | B | Dividend | M | T | Buy additional | 12/20/2016 | M | | |
| 1698    - COMPAGNIE FINANCIERE RICHEMONT SA REG | B | Dividend | K | T | | | | | |
| 1699    - CONOCOPHILLIPS | A | Dividend | K | T | Buy additional | 1/3/2017 | J | | |
| 1700 | | | | | Buy additional | 1/3/2017 | J | | |
| 1701 | | | | | Sold | 01/22/2016 | K | | |
| 1702 | | | | | Buy | 6/15/2016 | K | | |
| 1703    - CREDIT SUISSE GROUP REG | B | Dividend | | | Buy additional | 2/18/2016 | J | | |
| 1704 | | | | | Buy additional | 2/18/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1705 | | | | | Buy additional | 2/19/2016 | J | | |
| 1706 | | | | | Sold(part) | 03/30/2016 | K | | |
| 1707 | | | | | Sold(part) | 6/16/2016 | J | | |
| 1708 | | | | | Sold | 7/8/2016 | K | | |
| 1709 - CROWN CASTLE INTERNATIONAL CORP | D | Dividend | M | T | Buy additional | 6/2/2016 | J | | |
| 1710 | | | | | Buy additional | 6/3/2016 | J | | |
| 1711 | | | | | Buy additional | 6/3/2016 | J | | |
| 1712 | | | | | Buy additional | 12/20/2016 | L | | |
| 1713 - CVS HEALTH CORPORATION | A | Dividend | | | Sold | 12/20/2016 | K | | |
| 1714 - DANAHER CORP | A | Dividend | L | T | Buy additional | 12/20/2016 | K | | |
| 1715 - DANONE | B | Dividend | L | T | Buy additional | 12/21/2016 | K | | |
| 1716 - DAVITA HEALTHCARE PARTNERS INC | | None | | | Buy additional | 7/13/2016 | K | | |
| 1717 | | | | | Sold (Part) | 12/20/2016 | K | | |
| 1718 | | | | | Sold | 12/20/2016 | K | | |
| 1719 - DBS GROUP HOLDINGS LTD | C | Dividend | | | Sold | 6/16/2016 | L | | |
| 1720 - DELPHI AUTOMOTIVE PLC | | None | | | Sold | 01/22/2016 | K | C | |
| 1721 - DENSO CORP | A | Dividend | K | T | Sold(part) | 03/11/2016 | K | | |
| 1722 - DEUTSCHE WOHNEN AG (BEARER) | A | Dividend | K | T | Sold(part) | 12/21/2016 | L | E | |
| 1723 - DIAGEO PLC | B | Dividend | L | T | Buy additional | 3/11/2016 | K | | |
| 1724 | | | | | Buy additional | 6/29/2016 | K | | |
| 1725 - DKSH HOLDING LTD | A | Dividend | K | T | | | | | |
| 1726 - DNB ASA | B | Dividend | K | T | | | | | |
| 1727 - DOLLAR GENERAL CORP | A | Dividend | K | T | Buy | 12/20/2016 | K | | |
| 1728 - DOW CHEMICAL CO | C | Dividend | M | T | Buy additional | 12/20/2016 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1729 - EATON CORP PLC | C | Dividend | M | T | Sold(part) | 9/27/2016 | K | D | |
| 1730 - ELECTROLUX AB SER B | B | Dividend | | | Sold (Part) | 4/22/2016 | K | | |
| 1731 | | | | | Sold (Part) | 4/25/2016 | K | | |
| 1732 | | | | | Sold (Part) | 4/26/2016 | J | | |
| 1733 | | | | | Sold | 4/27/2016 | J | | |
| 1734 - ELRINGKLINGER AG | A | Dividend | | | Buy | 3/30/2016 | K | | |
| 1735 | | | | | Sold (Part) | 8/18/2016 | J | | |
| 1736 | | | | | Sold (Part) | 8/19/2016 | J | | |
| 1737 | | | | | Sold (Part) | 8/22/2016 | J | | |
| 1738 | | | | | Sold (Part) | 8/23/2016 | J | | |
| 1739 | | | | | Sold (Part) | 8/24/2016 | J | | |
| 1740 | | | | | Sold (Part) | 8/29/2016 | J | | |
| 1741 | | | | | Sold (Part) | 8/30/2016 | J | | |
| 1742 | | | | | Sold | 8/31/2016 | J | | |
| 1743 - ENBRIDGE INC C$ | C | Dividend | M | T | | | | | |
| 1744 - EOG RESOURCES INC | A | Dividend | L | T | | | | | |
| 1745 - ESSILOR INTL | B | Dividend | L | T | | | | | |
| 1746 - EXPRESS SCRIPTS HOLDING CO | | None | K | T | Sold(part) | 12/20/2016 | K | D | |
| 1747 - EXXON MOBIL CORP | C | Dividend | M | T | Buy | 1/26/2016 | J | | |
| 1748 | | | | | Buy additional | 1/25/2016 | K | | |
| 1749 | | | | | Buy additional | 3/11/2016 | K | | |
| 1750 - FANUC CO | B | Dividend | M | T | | | | | |
| 1751 - FEDEX CORP | | None | | | Sold (Part) | 01/29/2016 | J | C | |
| 1752 | | | | | Sold | 01/29/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1753    - FORTIVE CORPORATION | | None | | | Sold (Part) | 7/5/2016 | J | A | |
| 1754 | | | | | Sold (Part) | 7/6/2016 | J | D | |
| 1755 | | | | | Sold (Part) | 7/7/2016 | J | D | |
| 1756 | | | | | Sold | 7/8/2016 | J | D | |
| 1757    - GEMALTO NV | A | Dividend | K | T | Buy additional | 2/3/2016 | J | | |
| 1758 | | | | | Buy additional | 2/4/2016 | J | | |
| 1759 | | | | | Buy additional | 2/5/2016 | K | | |
| 1760 | | | | | Buy additional | 2/8/2016 | J | | |
| 1761 | | | | | Buy additional | 2/8/2016 | J | | |
| 1762 | | | | | Sold(part) | 03/15/2016 | J | | |
| 1763 | | | | | Sold(part) | 03/16/2016 | J | | |
| 1764 | | | | | Sold(part) | 03/18/2016 | J | | |
| 1765 | | | | | Sold(part) | 03/21/2016 | J | | |
| 1766 | | | | | Sold(part) | 03/23/2016 | J | | |
| 1767 | | | | | Sold(part) | 03/29/2016 | J | | |
| 1768 | | | | | Sold(part) | 03/30/2016 | K | B | |
| 1769    - GENERAL ELECTRIC CO (USD) | B | Dividend | K | T | Buy | 1/6/2016 | L | | |
| 1770    - GILEAD SCIENCES INC | B | Dividend | L | T | Sold(part) | 12/20/2016 | K | | |
| 1771    - GIVAUDAN | A | Dividend | K | T | | | | | |
| 1772    - GOLDMAN SACHS GROUP INC | B | Dividend | M | T | Sold(part) | 5/23/2016 | K | | |
| 1773 | | | | | Sold(part) | 6/13/2016 | K | | |
| 1774 | | | | | Sold(part) | 12/20/2016 | J | C | |
| 1775 | | | | | Sold(part) | 01/24/2017 | K | D | |
| 1776    - GREENE KING PLC | C | Dividend | | | Sold | 12/21/2016 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1777 - HAMAMATSU PHOTONIC KK | B | Dividend | M | T | Sold(part) | 12/21/2016 | K | D | |
| 1778 - HDFC BANK LTD | A | Dividend | L | T | | | | | |
| 1779 - HELMERICH & PAYNE | B | Dividend | L | T | Buy | 5/31/2016 | J | | |
| 1780 | | | | | Buy additional | 5/31/2016 | J | | |
| 1781 | | | | | Buy additional | 6/1/2016 | K | | |
| 1782 - HEXCEL CORP | B | Dividend | M | T | Buy additional | 1/28/2016 | J | | |
| 1783 | | | | | Buy additional | 2/1/2016 | J | | |
| 1784 - HOME DEPOT INC (Y) | A | Dividend | | | | | | | |
| 1785 - HOSHIZAKI CORP | A | Dividend | K | T | Buy | 12/21/2016 | K | | |
| 1786 - HP INC | B | Dividend | | | Buy | 1/13/2016 | K | | |
| 1787 | | | | | Sold (Part) | 01/17/2017 | K | C | |
| 1788 | | | | | Sold (Part) | 01/17/2017 | J | A | |
| 1789 | | | | | Sold (Part) | 01/17/2017 | J | A | |
| 1790 | | | | | Sold (Part) | 01/18/2017 | K | D | |
| 1791 | | | | | Sold (Part) | 01/18/2017 | J | A | |
| 1792 | | | | | Sold (Part) | 01/19/2017 | K | C | |
| 1793 - IDEX CORP | A | Dividend | L | T | | | | | |
| 1794 - ILLUMINA INC | | None | | | Sold | 12/20/2016 | L | | |
| 1795 - IMPERIAL BRANDS PLC (X) | C | Dividend | L | T | Sold(part) | 12/21/2016 | K | | |
| 1796 - IMPERIAL TOBACCO PLC (Y) | | None | | | | | | | |
| 1797 - INCYTE CORP | | None | M | T | | | | | |
| 1798 - INTERNATIONAL BUSINESS MACHINES CORP | C | Dividend | | | Sold | 12/20/2016 | L | D | |
| 1799 - INVESCO LTD | C | Dividend | L | T | Buy | 2/25/2016 | K | | |
| 1800 | | | | | Buy additional | 2/26/2016 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1801 - IRON MOUNTAIN INCORPORATED | D | Dividend | | | Sold | 12/20/2016 | M | E | |
| 1802 - JABIL CIRCUIT INC | A | Dividend | K | T | Sold(part) | 01/07/2016 | J | | |
| 1803 | | | | | Sold(part) | 01/29/2016 | J | | |
| 1804 | | | | | Sold(part) | 02/01/2016 | J | | |
| 1805 | | | | | Sold(part) | 02/04/2016 | J | | |
| 1806 | | | | | Sold(part) | 02/05/2016 | J | | |
| 1807 | | | | | Sold(part) | 02/16/2016 | J | | |
| 1808 - JACK HENRY & ASSOC INC | B | Dividend | L | T | Sold (Part) | 02/17/2016 | K | E | |
| 1809 | | | | | Sold (Part) | 02/18/2016 | K | D | |
| 1810 - JAPAN TOBACCO INC | A | Dividend | K | T | Buy | 2/4/2016 | J | | |
| 1811 | | | | | Buy (additional) | 2/4/2016 | K | | |
| 1812 - JARDINE MATHESON HLD | B | Dividend | L | T | | | | | |
| 1813 - JCDECAUX SA | A | Dividend | K | T | Buy | 12/21/2016 | J | | |
| 1814 | | | | | Buy additional | 12/21/2016 | K | | |
| 1815 - JOHNSON & JOHNSON | A | Dividend | K | T | Buy | 9/27/2016 | K | | |
| 1816 - JPMORGAN CHASE & CO | C | Dividend | M | T | Buy additional | 12/20/2016 | L | | |
| 1817 - KEYENCE CORP | A | Dividend | N | T | Buy additional | 12/21/2016 | M | | |
| 1818 - KINDER MORGAN INC | | None | | | Sold (Part) | 03/17/2016 | K | | |
| 1819 | | | | | Sold | 03/17/2016 | K | | |
| 1820 - L'AIR LIQUIDE | A | Dividend | K | T | | | | | |
| 1821 - LAS VEGAS SANDS CORP | D | Dividend | M | T | Buy additional | 2/1/2016 | J | | |
| 1822 | | | | | Buy additional | 5/6/2016 | K | | |
| 1823 | | | | | Buy additional | 5/9/2016 | J | | |
| 1824 | | | | | Buy additional | 12/20/2016 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1825 | | | | | Buy additional | 1/24/2017 | K | | |
| 1826 | | | | | Buy additional | 1/24/2017 | J | | |
| 1827 | | | | | Buy additional | 1/25/2017 | J | | |
| 1828   - LIBERTY GLOBAL PLC CL A | | None | K | T | Sold(part) | 8/24/2016 | K | | |
| 1829 | | | | | Sold(part) | 8/25/2016 | K | | |
| 1830 | | | | | Sold(part) | 8/26/2016 | J | | |
| 1831 | | | | | Sold(part) | 01/20/2016 | K | | |
| 1832 | | | | | Sold(part) | 01/21/2016 | J | | |
| 1833   - LIBERTY LILAC GROUP CL A   (X) | | None | | | Sold (Part) | 7/1/2016 | J | | |
| 1834 | | | | | Sold (Part) | 7/7/2016 | J | | |
| 1835 | | | | | Sold | 7/8/2016 | J | | |
| 1836   - LILLY ELI & CO | B | Dividend | L | T | | | | | |
| 1837   - LINK REIT ( REIT) | A | Dividend | K | T | Buy | 8/12/2016 | K | | |
| 1838   - LLOYDS TSB GROUP PLC | B | Dividend | K | T | Sold(part) | 03/29/2016 | J | | |
| 1839 | | | | | Sold(part) | 03/29/2016 | J | | |
| 1840 | | | | | Sold (Part) | 03/30/2016 | J | | |
| 1841 | | | | | Sold(part) | 03/31/2016 | J | | |
| 1842 | | | | | Buy additional | 8/19/2016 | J | | |
| 1843 | | | | | Buy additional | 8/19/2016 | J | | |
| 1844 | | | | | Buy additional | 8/19/2016 | J | | |
| 1845 | | | | | Sold(part) | 9/22/2016 | K | | |
| 1846   - L'OREAL | B | Dividend | M | T | | | | | |
| 1847   - LVMH MOET HENNESSY VUITTON SE | B | Dividend | L | T | Buy | 5/10/2016 | J | | |
| 1848 | | | | | Buy additional | 5/11/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1849 | | | | | Buy additional | 5/11/2016 | J | | |
| 1850 | | | | | Buy additional | 5/12/2016 | J | | |
| 1851 | | | | | Buy additional | 5/13/2016 | J | | |
| 1852 | | | | | Buy additional | 5/16/2016 | J | | |
| 1853 | | | | | Buy additional | 5/17/2016 | K | | |
| 1854 | | | | | Buy additional | 5/18/2016 | J | | |
| 1855 | | | | | Buy additional | 5/19/2016 | J | | |
| 1856 | | | | | Buy additional | 12/21/2016 | K | | |
| 1857    - LYONDELLBASELL INDUSTRIES NV | | None | | | Sold | 12/20/2016 | L | | |
| 1858    - MARKS & SPENCER GROUP PLC | C | Dividend | | | Sold | 12/21/2016 | K | | |
| 1859    - MARSH & MCLENNAN COS INC | B | Dividend | L | T | Sold(part) | 12/20/2016 | L | E | |
| 1860    - MEDTRONIC PLC | B | Dividend | L | T | | | | | |
| 1861 | | | | | Buy additional | 3/10/2016 | J | | |
| 1862 | | | | | Buy additional | 3/11/2016 | K | | |
| 1863 | | | | | Buy additional | 12/20/2016 | J | | |
| 1864 | | | | | Sold(part) | 01/31/2017 | K | | |
| 1865    - MEGGITT PLC | A | Dividend | | | Sold | 12/21/2016 | J | | |
| 1866    - MERCURY GENERAL CORP | C | Dividend | | | Sold | 12/20/2016 | L | B | |
| 1867    - MICROSOFT CORP | C | Dividend | M | T | Buy additional | 1/6/2016 | L | | |
| 1868 | | | | | Sold(part) | 5/31/2016 | L | | |
| 1869    - MODERN TIMES GROUP B | A | Dividend | K | T | Buy | 12/21/2016 | K | | |
| 1870    - MONDELEZ INTERNATIONAL INC | A | Dividend | K | T | Buy | 2/24/2016 | K | | |
| 1871    - MONSANTO CO NEW COM | B | Dividend | L | T | Buy additional | 12/20/2016 | J | | |
| 1872    - MOODYS CORP | B | Dividend | M | T | Buy additional | 12/20/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1873   - MURATA MANUFACTURING CO LTD | B | Dividend | M | T | Buy additional | 12/21/2016 | J | | |
| 1874   - NASPERS LIMITED CL N SHS SPON ADR | A | Dividend | M | T | Buy | 5/11/2016 | K | | |
| 1875 | | | | | Buy additional | 12/20/2016 | M | | |
| 1876   - NATIONAL GRID PLC | B | Dividend | K | T | Sold(part) | 12/21/2016 | K | C | |
| 1877   - NESTLE SA REG | D | Dividend | M | T | Buy additional | 7/7/2016 | K | | |
| 1878 | | | | | Sold(part) | 12/21/2016 | J | | |
| 1879 | | | | | Sold(part) | 12/21/2016 | K | | |
| 1880   - NEW YORK COMMUNITY BANCORP | B | Dividend | K | T | Buy | 5/17/2016 | J | | |
| 1881 | | | | | Buy additional | 5/18/2016 | J | | |
| 1882 | | | | | Buy additional | 5/19/2016 | J | | |
| 1883 | | | | | Buy additional | 5/20/2016 | J | | |
| 1884 | | | | | Buy additional | 5/20/2016 | J | | |
| 1885 | | | | | Buy additional | 5/23/2016 | J | | |
| 1886 | | | | | Buy additional | 5/23/2016 | J | | |
| 1887 | | | | | Buy additional | 5/24/2016 | J | | |
| 1888 | | | | | Buy additional | 5/26/2016 | J | | |
| 1889 | | | | | Buy additional | 5/27/2016 | J | | |
| 1890 | | | | | Buy additional | 5/31/2016 | J | | |
| 1891 | | | | | Buy additional | 5/31/2016 | J | | |
| 1892 | | | | | Buy additional | 6/1/2016 | J | | |
| 1893 | | | | | Buy additional | 6/2/2016 | J | | |
| 1894 | | | | | Buy additional | 6/2/2016 | J | | |
| 1895 | | | | | Buy additional | 6/3/2016 | J | | |
| 1896   - NEWELL BRANDS INC | B | Dividend | M | T | Sold(part) | 12/20/2016 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1897 | | | | | Sold(part) | 01/24/2017 | K | C | |
| 1898 | | | | | Sold(part) | 01/25/2017 | K | D | |
| 1899  - NEWELL RUBBERMAID INC          (Y) | | None | | | Buy additional | 1/7/2016 | K | | |
| 1900 | | | | | Buy additional | 1/8/2016 | J | | |
| 1901  - NIELSEN HOLDINGS PLC (FORMERLY NIELSEN HOLDINGS NV US$) | B | Dividend | L | T | Sold(part) | 01/07/2016 | J | B | |
| 1902 | | | | | Sold(part) | 01/07/2016 | J | D | |
| 1903 | | | | | Sold(part) | 01/07/2016 | K | E | |
| 1904 | | | | | Sold(part) | 01/08/2016 | K | D | |
| 1905  - NORFOLK SOUTHERN CORP | B | Dividend | L | T | Sold(part) | 12/20/2016 | K | D | |
| 1906 | | | | | Sold(part) | 01/19/2017 | J | C | |
| 1907  - NORWEGIAN CRUISE LINE HOLDINGS LTD | | None | L | T | Buy | 12/20/2016 | L | | |
| 1908  - NOVARTIS AG NAMEN | B | Dividend | | | Sold(part) | 03/21/2016 | K | | |
| 1909 | | | | | Sold(part) | 6/14/2016 | K | | |
| 1910 | | | | | Sold(part) | 6/20/2016 | M | E | |
| 1911 | | | | | Sold(part) | 8/19/2016 | K | D | |
| 1912 | | | | | Sold | 12/21/2016 | L | E | |
| 1913  - NOVO NORDISK A/S CL B | D | Dividend | N | T | Buy additional | 6/20/2016 | K | | |
| 1914  - NTT DOCOMO | A | Dividend | K | T | | | | | |
| 1915  - NUCOR CORP | B | Dividend | | | Sold | 12/20/2016 | L | E | |
| 1916  - OCCIDENTAL PETROLEUM CORP | D | Dividend | M | T | Buy additional | 6/13/2016 | J | | |
| 1917 | | | | | Buy additional | 6/14/2016 | J | | |
| 1918 | | | | | Buy additional | 6/23/2016 | J | | |
| 1919 | | | | | Buy additional | 6/24/2016 | K | | |
| 1920 | | | | | Buy additional | 12/20/2016 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1921 - ORACLE CORP | | None | | | Sold | 01/05/2016 | K | C | |
| 1922 - ORACLE CORP JAPAN | A | Dividend | K | T | | | | | |
| 1923 - PACWEST BANCORP | C | Dividend | | | Sold | 12/20/2016 | L | E | |
| 1924 - PANERA BREAD CO CL A | | None | K | T | | | | | |
| 1925 - PAYCHEX INC | C | Dividend | | | Sold | 12/20/2016 | M | E | |
| 1926 - PERNOD RICARD SA | C | Dividend | M | T | | | | | |
| 1927 - PFIZER INC | C | Dividend | | | Sold | 12/20/2016 | L | B | |
| 1928 - PHILIP MORRIS INTERNATIONAL INC | C | Dividend | L | T | Buy additional | 3/10/2016 | J | | |
| 1929 | | | | | Buy additional | 3/11/2016 | K | | |
| 1930 | | | | | Buy additional | 3/11/2016 | J | | |
| 1931 | | | | | Sold (Part) | 12/20/2016 | K | | |
| 1932 | | | | | Sold (Part) | 12/20/2016 | J | B | |
| 1933 - PNC FINANCIAL SERVICES GROUP INC | A | Dividend | K | T | Sold(part) | 6/13/2016 | K | | |
| 1934 | | | | | Sold(part) | 12/20/2016 | K | C | |
| 1935 - PRAXAIR INC | A | Dividend | K | T | Sold(part) | 12/20/2016 | K | C | |
| 1936 - PROCTER & GAMBLE CO | B | Dividend | K | T | Sold(part) | 12/20/2016 | M | D | |
| 1937 - PRUDENTIAL PLC | A | Dividend | K | T | Sold (Part) | 6/15/2016 | K | | |
| 1938 | | | | | Sold (Part) | 6/16/2016 | J | | |
| 1939 | | | | | Sold (Part) | 6/16/2016 | J | | |
| 1940 | | | | | Sold | 6/17/2016 | J | | |
| 1941 | | | | | Buy | 8/4/2016 | K | | |
| 1942 - RIO TINTO PLC REG | B | Dividend | K | T | | | | | |
| 1943 - ROCHE HOLDING AG GENUSSCHEIN | D | Dividend | M | T | Buy additional | 6/21/2016 | L | | |
| 1944 - ROYAL CARIBBEAN CRUISES | C | Dividend | M | T | Sold(part) | 6/17/2016 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (eg., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (eg., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of Buyer/seller (if private transaction) |
| 1945 | | | | | Buy additional | 12/20/2016 | K | | |
| 1946 - ROYAL DUTCH SHELL CL B ADR | D | Dividend | M | T | Buy | 3/18/2016 | K | | |
| 1947 | | | | | Buy additional | 3/18/2016 | L | | |
| 1948 | | | | | Buy additional | 6/13/2016 | K | | |
| 1949 | | | | | Buy additional | 12/20/2016 | M | | |
| 1950 - RYANAIR HOLDINGS PLC SP ADR | | None | L | T | Buy | 12/20/2016 | L | | |
| 1951 - SAFRAN SA | C | Dividend | M | T | Buy additional | 12/21/2016 | K | | |
| 1952 - SAMPO OYJ A SHS | C | Dividend | L | T | Sold(part) | 7/18/2016 | J | | |
| 1953 | | | | | Sold(part) | 7/20/2016 | J | | |
| 1954 | | | | | Sold(part) | 7/21/2016 | J | | |
| 1955 | | | | | Sold(part) | 7/25/2016 | J | | |
| 1956 | | | | | Sold(part) | 7/26/2016 | J | | |
| 1957 | | | | | Sold(part) | 12/21/2016 | L | C | |
| 1958 - SAMSONITE INTERNATIONAL SA | A | Dividend | K | T | Buy additional | 3/22/2016 | J | | |
| 1959 | | | | | Buy additional | 3/24/2016 | J | | |
| 1960 - SAP SE | B | Dividend | L | T | Buy | 7/28/2016 | K | | |
| 1961 | | | | | Buy additional | 7/29/2016 | J | | |
| 1962 | | | | | Buy additional | 7/29/2016 | J | | |
| 1963 | | | | | Buy additional | 7/29/2016 | K | | |
| 1964 | | | | | Buy additional | 7/29/2016 | J | | |
| 1965 | | | | | Buy additional | 8/1/2016 | K | | |
| 1966 - SCHLUMBERGER LTD | B | Dividend | L | T | | | | | |
| 1967 - SCOTTISH & SOUTHERN ENERGY | C | Dividend | L | T | | | | | |
| 1968 - SCRIPPS NETWORKS INTERACTIVE | A | Dividend | K | T | Sold(part) | 01/08/2016 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1969 | | | | | Sold(part) | 01/08/2016 | K | C | |
| 1970    - SEMPRA ENERGY | B | Dividend | L | T | Buy additional | 3/10/2016 | J | | |
| 1971 | | | | | Buy additional | 3/10/2016 | J | | |
| 1972 | | | | | Buy additional | 3/11/2016 | K | | |
| 1973    - SES FDR CL A (PARIS) | C | Dividend | K | T | Buy additional | 7/14/2016 | J | | |
| 1974 | | | | | Buy additional | 7/20/2016 | J | | |
| 1975 | | | | | Buy additional | 7/26/2016 | J | | |
| 1976 | | | | | Buy additional | 8/19/2016 | J | | |
| 1977    - SEVEN & I HOLDING CO LTD | B | Dividend | L | T | Buy | 12/21/2016 | L | | |
| 1978    - SHISEIDO CO | A | Dividend | L | T | Buy | 12/21/2016 | L | | |
| 1979    - SIEMENS AG NAMEN | C | Dividend | | | Sold | 12/21/2016 | L | D | |
| 1980    - SINGAPORE TELECOMM | D | Dividend | M | T | Buy additional | 12/21/2016 | M | | |
| 1981    - SIRIUS XM HOLDINGS INC | | None | | | Sold(part) | 6/15/2016 | K | D | |
| 1982 | | | | | Sold | 12/20/2016 | L | E | |
| 1983    - SMC CORP | B | Dividend | M | T | Buy additional | 12/21/2016 | K | | |
| 1984    - SOFTBANK CORP | B | Dividend | M | T | Sold(part) | 6/3/2016 | K | | |
| 1985 | | | | | Sold(part) | 6/20/2016 | K | E | |
| 1986 | | | | | Buy additional | 12/21/2016 | M | | |
| 1987    - SSGA US Gov Money Market Fund          (Y) | A | Interest | | | | | | | |
| 1988    - State Street Institutional US Government          (X) Money Market Fund ADM | A | Interest | O | T | | | | | |
| 1989    - ST JUDE MEDICAL | | None | | | Sold (Part) | 03/15/2016 | J | | |
| 1990 | | | | | Sold (Part) | 03/15/2016 | J | | |
| 1991 | | | | | Sold (Part) | 03/16/2016 | J | | |
| 1992 | | | | | Sold (Part) | 03/16/2016 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1993 | | | | | Sold | 03/17/2016 | J | | |
| 1994    - STARBUCKS CORP | B | Dividend | M | T | Buy additional | 12/20/2016 | K | | |
| 1995    - SVENSKA HANDELSBANKEN AB CL | B | Dividend | K | T | Sold (Part) | 12/21/2016 | K | | |
| 1996    - SYDNEY AIRPORT STAPLED SECURITY | B | Dividend | K | T | | | | | |
| 1997    - SYSMEX CORP | A | Dividend | K | T | Sold(part) | 6/29/2016 | J | D | |
| 1998 | | | | | Sold(part) | 6/30/2016 | J | D | |
| 1999 | | | | | Buy additional | 12/21/2016 | K | | |
| 2000    - TAIWAN SEMICONDUCTOR SPONS ADR | D | Dividend | N | T | Buy additional | 12/20/2016 | M | | |
| 2001    - TATE & LYLE PLC | C | Dividend | | | Sold | 12/21/2016 | L | | |
| 2002    - TEMPUR SEALY INTERNATIONAL INC | | None | K | T | Buy | 6/2/2016 | J | | |
| 2003 | | | | | Buy additional | 6/3/2016 | K | | |
| 2004    - TEXAS INSTRUMENTS INC | C | Dividend | M | T | Buy additional | 12/20/2016 | K | | |
| 2005    - TOTAL SA (FR) | C | Dividend | L | T | Sold(part) | 4/21/2016 | J | | |
| 2006 | | | | | Sold(part) | 6/15/2016 | K | | |
| 2007 | | | | | Sold(part) | 6/15/2016 | J | | |
| 2008 | | | | | Sold(part) | 7/5/2016 | J | | |
| 2009 | | | | | Sold(part) | 10/28/2016 | J | | |
| 2010 | | | | | Sold(part) | 01/22/2016 | J | | |
| 2011 | | | | | Sold(part) | 01/25/2017 | J | | |
| 2012    - TOWERS WATSON & COMPANY CL | | None | | | Sold | 01/05/2016 | L | D | |
| 2013    - TRANSDIGM GROUP INC | | None | K | T | Buy | 1/22/2016 | K | | |
| 2014 | | | | | Buy additional | 1/25/2016 | J | | |
| 2015    - TREND MICRO INC | B | Dividend | | | Sold (Part) | 6/15/2016 | K | C | |
| 2016 | | | | | Sold | 6/16/2016 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2017    - UBS GROUP AG | B | Dividend | K | T | | | | | |
| 2018    - UNILEVER PLC | B | Dividend | L | T | Sold(part) | 12/21/2016 | M | | |
| 2019    - UNITED TECHNOLOGIES CORP | | None | | | Sold | 01/06/2016 | K | D | |
| 2020    - UNITEDHEALTH GROUP INC | A | Dividend | K | T | Buy | 12/20/2016 | K | | |
| 2021    - VERISIGN INC | | None | K | T | Sold(part) | 6/2/2016 | K | D | |
| 2022 | | | | | Sold(part) | 7/14/2016 | J | C | |
| 2023 | | | | | Sold(part) | 7/14/2016 | J | C | |
| 2024 | | | | | Sold(part) | 7/19/2016 | J | C | |
| 2025 | | | | | Sold(part) | 7/20/2016 | J | C | |
| 2026 | | | | | Sold(part) | 7/22/2016 | J | C | |
| 2027 | | | | | Sold(part) | 8/24/2016 | J | C | |
| 2028 | | | | | Sold(part) | 8/25/2016 | J | B | |
| 2029    - VERIZON COMMUNICATIONS | B | Dividend | K | T | Sold(part) | 12/20/2016 | L | C | |
| 2030    - VIACOM INC CLASS B | C | Dividend | | | Sold (Part) | 9/23/2016 | K | | |
| 2031 | | | | | Sold (Part) | 9/26/2016 | K | | |
| 2032 | | | | | Sold | 9/26/2016 | K | | |
| 2033    - VISA INC CL A | B | Dividend | M | T | Buy additional | 8/16/2016 | J | | |
| 2034 | | | | | Buy additional | 8/16/2016 | J | | |
| 2035 | | | | | Buy additional | 8/17/2016 | K | | |
| 2036 | | | | | Buy additional | 8/17/2016 | J | | |
| 2037 | | | | | Buy additional | 8/18/2016 | J | | |
| 2038 | | | | | Buy additional | 8/19/2016 | J | | |
| 2039 | | | | | Buy additional | 9/27/2016 | K | | |
| 2040 | | | | | Buy additional | 12/20/2016 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 2041 - VODAFONE GROUP PLC | D | Dividend | L | T | Buy additional | 12/21/2016 | K | | |
| 2042 - VTECH HOLDINGS LTD | C | Dividend | M | T | Buy additional | 12/21/2016 | L | | |
| 2043 - WASTE CONNECTIONS INC | A | Dividend | L | T | Buy | 7/28/2016 | J | | |
| 2044 | | | | | Buy additional | 7/28/2016 | K | | |
| 2045 | | | | | Buy additional | 7/29/2016 | K | | |
| 2046 - WASTE MANAGEMENT INC | A | Dividend | K | T | | | | | |
| 2047 - WELLS FARGO & CO (NEW) | B | Dividend | L | T | Sold(part) | 9/13/2016 | K | | |
| 2048 | | | | | Sold(part) | 9/13/2016 | J | | |
| 2049 | | | | | Sold(part) | 12/20/2016 | J | A | |
| 2050 - WILLIS TOWERS WATSON PLC | | None | | | Sold (Part) | 01/19/2016 | K | | |
| 2051 | | | | | Sold (Part) | 01/20/2016 | K | | |
| 2052 | | | | | Sold (Part) | 03/28/2016 | K | | |
| 2053 | | | | | Sold | 03/29/2016 | J | | |
| 2054 - WYNN MACAU LTD | B | Dividend | | | Sold | 12/21/2016 | K | | |
| 2055 - XILINX INC | B | Dividend | M | T | Buy additional | 1/12/2016 | K | | |
| 2056 | | | | | Sold(part) | 12/20/2016 | L | E | |
| 2057 | | | | | Sold(part) | 01/24/2017 | K | D | |
| 2058 | | | | | Sold(part) | 01/24/2017 | J | C | |
| 2059 - YUM BRANDS INC | B | Dividend | L | T | Sold(part) | 01/31/2017 | J | A | |
| 2060 | | | | | Sold(part) | 01/31/2017 | J | A | |
| 2061 | | | | | Sold(part) | 01/31/2017 | J | A | |
| 2062 - YUM CHINA HOLDINGS INC (X) | | None | K | T | | | | | |
| 2063 - ZODIAC AEROSPACE | B | Dividend | | | Sold | 12/21/2016 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. Additional Information or Explanations

THIS REPORT COVERS THE PERIOD JANUARY 1, 2016 THROUGH JANUARY 31, 2017. JUDGE BARRY VACATED CHAMBERS IN FEBRUARY 2017 AND DOES NOT ANTICIPATE WORKING OVER 60 DAYS IN 2017. SHE WILL ISSUE A CERTIFICATION LETTER AT THE CLOSE OF 2017 STATING SUCH.

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names (i.e. Rental Property #1).
These entities will eventually be liquidated as they wind up their affairs:

Rental Property #2
Rental Property #21
Rental Property #22
Rental Property #24

(X) Denotes items held within account that resulted from non-reportable transactions (such as exchanges or transfers-in from other accounts).

(Y) Denotes items which are no longer held within account resulting from non-reportable transactions (such as transfers-out to other accounts. Any reportable transactions that occurred prior to item being removed from list have been reported in columns D(1)-D(5).

Part VII: As of December 2016, no assets were held in Family Trust #31. Section VII includes activity for the period January 2016 through August 2016. By August 2016, all assets were either sold, closed, or transferred to other accounts.

Part VII: As of December 2016, no assets were held in Family Trust #32. Section VII includes activity for the period January 2016 through December 2016. By December 2016, all assets were either sold, closed, or transferred to other accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| **Barry, Maryanne T.** | 8/10/2017 |

**IX. CERTIFICATION.**

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   s/ Maryanne T. Barry

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544